FILED

2013 SEP 30  PM 2: 59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

BRANDON C. FERNALD (SBN 222429)
**FERNALD LAW GROUP LLP**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
510 W 6th Street, Suite 700
Los Angeles, California 90014
Tel:   323.410.0320
Fax:   323.410.0330
Email: brandon@fernaldlawgroup.com

DAVID A. SKEELS (*pro hac vice* application to be filed)
skeels@fsclaw.com
JONATHAN T. SUDER (*pro hac vice* application to be filed)
jts@fsclaw.com
DAVE R. GUNTER (*pro hac vice* application to be filed)
gunter@fsclaw.com
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, TX  76102
Tel:  817.334.0400
Fax:  817.334.0401

Attorneys for Plaintiff
PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

#### SOUTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC, <br><br>     Plaintiff, <br><br>     v. <br><br> QUALCOMM TECHNOLOGIES, INC. and MARVELL SEMICONDUCTOR, INC. <br><br>     Defendants. | CASE NO. <br><br> **SACV13-01535 DMG (JEMx)** <br><br> **COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NOS. 6,473,349 AND 6,862,208** <br><br> Jury Trial Demanded |

BY FAX COPY

Plaintiff PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC ("Plaintiff") files this Original Complaint against Defendants QUALCOMM TECHNOLOGIES, INC. and MARVELL SEMICONDUCTOR, INC. ("Defendants") alleging as follows:

## I.   THE PARTIES

1.     PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC ("Plaintiff") is a Limited Liability Company organized and existing under the laws of the State of Texas, with a principal place of business in Plano, Texas.

2.     Upon information and belief, Defendant QUALCOMM TECHNOLOGIES, INC. ("QUALCOMM") is a Delaware corporation with a principal place of business in San Diego, CA.  Defendant QUALCOMM may be served with process by serving its Registered Agent, Corporation Service Company located at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA  95833.

3.     Upon information and belief, Defendant MARVELL SEMICONDUCTOR, INC. ("MARVELL") is a California corporation with a principal place of business in Santa Clara, CA.  Defendant MARVELL may be served with process by serving its Registered Agent, CT Corporation System located at 818 West Seventh Street, Los Angeles, CA  90017.

## II.   JURISDICTION AND VENUE

4.     This is an action for infringement of a United States patent.  Federal question jurisdiction is conferred to this Court over such action under 28 U.S.C. §§ 1331 and 1338(a).

5.     Upon information and belief, Defendants have had minimum contacts with the Southern Division of the Central District of California such that this venue is fair and reasonable.  Defendants have committed such purposeful acts and/or transactions in this district that they reasonably should know and expect that they could be haled into this Court as a consequence of such activity.  Upon information

and belief, Defendants have transacted and, at the time of the filing of this Complaint, are transacting business within the Southern Division of the Central District of California.

6.     For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(b).

### III.   PATENT INFRINGEMENT

7.     On October 29, 2002, United States Patent No. 6,473,349 ("the '349 Patent") was duly and legally issued for "CASCODE SENSE AMP AND COLUMN SELECT CIRCUIT AND METHOD OF OPERATION."  A true and correct copy of the '349 Patent is attached hereto as Exhibit "A" and made a part hereof.

8.     On March 1, 2005, United States Patent No. 6,862,208 ("the '208 Patent") was duly and legally issued for "MEMORY DEVICE WITH SENSE AMPLIFIER AND SELF-TIMED LATCH."  A true and correct copy of the '208 Patent is attached hereto as Exhibit "B" and made a part hereof.

9.     The '349 and '208 Patents are referred to collectively as the "Patents-in-Suit."

10.     By way of assignment, Plaintiff is the owner of all right, title and interest in and to the Patents-in-Suit, with all rights to enforce them against infringers and to collect damages for all relevant times, including the right to prosecute this action.

11.     Upon information and belief, Defendants manufacture, make, have made, import, have imported, market, sell and/or use products and/or systems that infringe one or more claims of the Patents-in-Suit; and/or induce and/or contribute to the infringement of one or more of the claims of the Patents-in-Suit by others.

12.     On information and belief, Defendant QUALCOMM, without authority, consent, right, or license, and in direct infringement of the Patents-in-Suit, manufactures, uses, sells, imports, and/or offers for sale systems and/or products

1   directly infringing one or more claims of the Patents-in-Suit. By way of example

2   only, its MSM8960 chip directly infringes at least claim 1 of the '349 Patent, and at

3   least claim 1 of the '208 Patent.

4         13.    On information and belief, Defendant MARVELL, without authority,

5   consent, right, or license, and in direct infringement of the Patents-in-Suit,

6   manufactures, uses, sells, imports, and/or offers for sale systems and/or products

7   directly infringing one or more claims of the Patents-in-Suit.  By way of example

8   only, its 88W8686 chip directly infringes at least claim 1 of the '349 Patent, and at

9   least claim 1 of the '208 Patent.

10         14.    Plaintiff reserves the right to assert additional claims of the Patents-in-

11   Suit and reserves the right to assert additional patents.

12         15.    Plaintiff has been damaged as a result of Defendants' infringing

13   conduct.  Defendants are, thus, liable to Plaintiff in an amount that adequately

14   compensates for their infringement, which, by law, cannot be less than a reasonable

15   royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

16         16.    Upon information and belief, Defendants will continue their

17   infringement of the Patents-in-Suit unless enjoined by the Court.  Defendants'

18   infringing conduct has caused Plaintiff irreparable harm and will continue to cause

19   such harm without the issuance of an injunction.

20                  **IV.  PRAYER FOR RELIEF**

21         WHEREFORE, Plaintiff respectfully requests that the Court find in its favor

22   and against Defendants, and that the Court grant Plaintiff the following relief:

23         a.    Judgment that one or more claims of the Patents-in-Suit have been

24             infringed, either literally and/or under the doctrine of equivalents, by

25             Defendants and/or by others to whose infringement Defendants have

26             contributed to and/or by others whose infringement has been induced by

27             Defendants;

28

b. Judgment that Defendants account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendants' infringing activities and other conduct complained of herein;

c. That Defendants' infringement be found to be willful from the time Defendants became aware of the infringing nature of its services, which is the time of filing of Plaintiff's Complaint at the latest, and that the Court award treble damages for the period of such willful infringement pursuant to 35 U.S.C. § 284.

d. That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendants' infringing activities and other conduct complained of herein;

e. That the Court declare this an exceptional case and award Plaintiff its reasonable attorney's fees and costs in accordance with 35 U.S.C. § 285;

f. That Defendants be permanently enjoined from any further activity or conduct that infringes one or more claims of the Patents-in-Suit; and

g. That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

DATED:  September 30, 2013  BRANDON C. FERNALD
           **FERNALD LAW GROUP LLP**


By: _____
     Brandon C. Fernald
    Attorneys for Plaintiff
    PROGRESSIVE SEMICONDUCTOR
    SOLUTIONS LLC

- 4 -

DAVID A. SKEELS (*pro hac vice* application to be filed)
skeels@fsclaw.com
JONATHAN T. SUDER (*pro hac vice* application to be filed)
jts@fsclaw.com
DAVE R. GUNTER (*pro hac vice* application to be filed)
gunter@fsclaw.com
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, TX  76102
Tel:  817.334.0400
Fax:  817.334.0401

## DEMAND FOR JURY TRIAL

Plaintiff respectfully demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38(b) and L.R. 38-1.

DATED:  September 30, 2013

**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD
RACHEL D. STANGER

By:_____
        Brandon C. Fernald
Attorneys for Plaintiff
PROGRESSIVE SEMICONDUCTOR
SOLUTIONS LLC

DAVID A. SKEELS (*pro hac vice* application to be filed)
skeels@fsclaw.com
JONATHAN T. SUDER (*pro hac vice* application to be filed)
jts@fsclaw.com
DAVE R. GUNTER (*pro hac vice* application to be filed)
gunter@fsclaw.com
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, TX  76102
Tel:  817.334.0400
Fax:  817.334.0401

- 6 -

# EXHIBIT A

US006473349B1

(12) **United States Patent**

Flannagan

(10) **Patent No.:** US 6,473,349 B1

(45) **Date of Patent:** Oct. 29, 2002

(54) **CASCODE SENSE AMP AND COLUMN SELECT CIRCUIT AND METHOD OF OPERATION**

(75) Inventor: **Stephen T. Flannagan**, Austin, TX (US)

(73) Assignee: **Motorola, Inc.**, Schaumburg, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/997,330**

(22) Filed: **Nov. 29, 2001**

(51) Int. Cl.[7] ................................................. G11C 7/00

(52) U.S. Cl. .................. 365/205; 365/207; 365/230.08

(58) Field of Search ................................. 365/205, 207, 365/203, 189.05, 230.08, 189.02; 327/51

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,658,160 A | | 4/1987 | Young |
| 4,677,592 A | | 6/1987 | Sakurai et al. |
| 4,796,230 A | | 1/1989 | Young |
| 4,888,503 A | | 12/1989 | Young |
| 5,023,841 A | | 6/1991 | Akrout et al. |
| 5,247,479 A | | 9/1993 | Young |
| 5,384,503 A | | 1/1995 | Shu et al. |
| 5,650,971 A | * | 7/1997 | Longway et al. ............. 327/51 |
| 5,815,452 A | | 9/1998 | Shen |
| 6,327,203 B1 | * | 12/2001 | Won ...................... 365/189.07 |

OTHER PUBLICATIONS

Evert Seevinck et al., "Current–Mode Techniques for High––Speed VLSI Circuits with Application to Current Sense Amplifier for CMOS SRAM's", 1991 IEEE journal of Solid–State Circuits, vol. 26, No. 4, Apr., 1991, pp. 525–536.

* cited by examiner

*Primary Examiner*—David Lam

(74) *Attorney, Agent, or Firm*—Robert L. King

(57) **ABSTRACT**

A sense amplifier uses a cascode stage (**76** or **100**) that receives a predetermined bit line pair differential signal and provides an output. The cascode stage output is coupled to a true and a complement output of the sense amplifier. In one form, a pair of pass transistors (**77, 78**) and an amplifier (**79**) are coupled to the cascode stage and to complementary outputs and are controlled by a sense enable signal. The amplifier is operative only when the pair of pass transistors are made nonconductive. In another form, the cascode stage is connected directly to a bit line pair differential signal and to sense nodes (**82, 86**) that are separately coupled to a data line pair by a coupler (**102**) and an amplifier (**104**).

**17 Claims, 4 Drawing Sheets**





*FIG.1*



*FIG.2*



*FIG.3*



*FIG.4*



*FIG.5*



*FIG.6*



*FIG.7*



*FIG.8*

US 6,473,349 B1

## 1

### CASCODE SENSE AMP AND COLUMN SELECT CIRCUIT AND METHOD OF OPERATION

#### FIELD OF THE INVENTION

This invention relates generally to semiconductor memories, and more specifically, to sense amplifiers used in semiconductor memories.

#### BACKGROUND OF THE INVENTION

Sense amplifiers are used in conjunction with memories such as a static random access memory array (SRAM). Sense amplifiers function to detect when complementary bit lines in a memory array exhibit a voltage transition in response to column and row decoding and a sense enable signal. In an SRAM, there is a need to amplify and decode signals provided via columns of memory cells. Transistor pass gates are frequently used to perform column decoding. However, the amplification and decoding of such signals needs to be done with minimized ohmic losses in transistor pass gates. A static RAM bit line differential bit line signal develops in a manner that increases with time. Hence, whenever a differential signal is conducted by a pass gate, there is detriment to the differential signal that may be characterized in terms of either a time delay or a reduction in its magnitude. In the art, these two characterizations are often referred to as an RC (resistance multiplied by capacitance) time delay or an RC delay. Pass devices for connecting bit lines to data lines tend to delay the passage of a differential signal due to the RC time constant. There is typically a trade between improving the timeliness or magnitude of bit line and data line signal levels versus device count and amplifier reliability. In general, amplifier reliability refers to the collective ability of all amplifiers in a memory to guarantee an accurate signal given known offsets and error voltages.

An objective of memory sense amplifiers is to avoid drawing excess charge from a bit line subsequent to clocking the sense amplifier. One technique to accomplish this objective is to use a cascode pair of transistors directly connected to the bit lines. A disadvantage of the cascode pair of transistors is that the cascode pair delivers a fairly small signal, as compared with the full $V_{CC}$ power supply value, to the local data lines. As a result, driving a global data line with the small signal is problematic. Another technique to accomplish this objective is to turn off the column decoders subsequent to the clocking of the sense amplifier, and thereby avoid pulling current from the bit lines. This technique adds circuit complexity and timing criticality to the design.

It is desirable to sense a data signal with an amplifier containing a cross-differential coupled pair of transistors. The timing of turn-on of the sense amplifier is critical. One measure of a sense amplifier's quality is the minimum differential signal that the sense amplifier is able to accurately sense. An objective in sense amplifier design is to provide the maximum differential signal to the difference in gate-to-source drive (delta $V_{GS}$) of the differential cross-coupled pair. Another critical design parameter associated with sense amplifiers is associated with the operation of a differential cross-coupled pair of transistors. The design parameter involves insuring that the difference in gate-to-source drives is greater than zero at the time the pair is clocked. If not, the output signal may not be accurate. In general, prior sense amplifiers have involved a trade-off between speed, size and power consumption.

## 2

#### BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is illustrated by way of example and is not limited by the accompanying figures, in which like references indicate similar elements.

FIG. 1 illustrates in partial schematic diagram form a memory having a sense amplifier for use with the present invention;

FIG. 2 illustrates in schematic diagram form of a sense amplifier in accordance with the present invention;

FIG. 3 illustrates in block diagram form a plan diagram of the sense amplifier of FIG. 2 using a first amplifier configuration;

FIG. 4 illustrates in block diagram form a plan diagram of the sense amplifier of FIG. 2 using a second amplifier configuration;

FIG. 5 illustrates in schematic diagram form another embodiment of a sense amplifier in accordance with the present invention;

FIG. 6 illustrates in block diagram form a plan diagram of the sense amplifier of FIG. 5;

FIG. 7 illustrates in schematic diagram form yet another embodiment of the sense amplifier in accordance with the present invention; and

FIG. 8 illustrates in block diagram form a plan diagram of the sense amplifier of FIG. 7.

Skilled artisans appreciate that elements in the figures are illustrated for simplicity and clarity and have not necessarily been drawn to scale. For example, the dimensions of some of the elements in the figures may be exaggerated relative to other elements to help improve the understanding of the embodiments of the present invention.

#### DETAILED DESCRIPTION

FIG. 1 illustrates a memory 10 in which the various embodiments of the sense amplifier disclosed herein may be utilized. The memory 10 has a plurality of memory cells, such as memory cell 12 and memory cell 14. Each memory cell is connected between a bit line, BL, and a complementary bit line BL-bar. A predetermined memory cell is addressed using a row decoder (not shown) and the corresponding stored data value within the addressed memory cell is provided to a sense amplifier 16. Sense amplifier 16 functions to amplify the signal value of the data and provide a corresponding data output via data line output DL and the complement data line DL-bar. A column address decoder 18 is connected to sense amplifier 16 and functions to select the column in which memory cells 12 and 14 reside in response to a column address. It should be appreciated that the column address decode action may be performed either upstream or downstream from the sense amplifier 16, or it may alternatively be embodied within the sense amplifier 16.

Illustrated in FIG. 2 is a sense amplifier 20 having a plurality of multiplexing pass gate pairs such as pass gates 22, 24 and 26, 28, etc. Each pass gate pair has one pass gate connected to the data line, DL, and one pass gate connected to the complement data line, DL-bar. Pass gate 22 has a first terminal connected to bit line BL0, and a second terminal connected to the data line DL. Pass gate 24 has a first terminal connected to the complement bit line, BL0-bar, and a second terminal connected to the complement data line, DL-bar. Pass gate 26 has a first terminal connected to the bit line BL1 and a second terminal connected to the data line DL. Pass gate 28 has a first terminal connected to the

US 6,473,349 B1

3

complement bit line BL1 and a second terminal connected to the complement data line. For convenience of illustration, the control signals that are connected to true and complement control terminals of each of pass gates 22, 24, 26 and 28 are not illustrated and are conventional. It should be well understood that additional pass gates exist, but are not shown for convenience of illustration. In one form, a pass gate pair exists for each column in a memory in which sense amplifier 20 is used. A first terminal of a P-channel transistor pass gate 30 is connected to the data line DL. A control terminal of P-channel transistor pass gate 30 is connected to a Sense Enable signal, SE. A second terminal of P-channel transistor pass gate 30 is connected to an Output terminal at a node 33. A source of a P-channel transistor 32 is connected to a power supply terminal $V_{CC}$. A drain of P-channel transistor 32 is connected to output terminal 33 and to a drain of an N-channel transistor 34. A gate of P-channel transistor 32 is connected to a gate of N-channel transistor 34 at a node 35 that forms a complement Output terminal. A source of N-channel transistor 34 is connected to a node 37. A source of a P-channel transistor 36 is connected to the $V_{CC}$ power supply terminal. A drain of P-channel transistor 36 is connected to a drain of an N-channel transistor 38 at node 35. A gate of P-channel transistor 36 is connected to a gate of N-channel transistor 38 at node 33. A source of N-channel transistor 38 is connected to node 37. A first terminal of a P-channel transistor pass gate 31 is connected to the complementary data line. P-channel transistor pass gate 31 has a control terminal connected to the Sense Enable signal and a second terminal connected to node 35. An N-channel transistor 39 has a drain connected to node 37, a gate connected to the Sense Enable signal, and a source connected to a ground terminal.

In operation, a signal from a memory cell (not shown) is applied to one of the bit line pairs, such as BL0, BL0-bar, etc. The multiplexing pass gates 22, 24, 26, 28, etc. can be turned on either before, during or after the information signal is applied to the bit line. The information signal then appears on the data line pair and is transmitted through pass gates 30 and 31 and arrives on nodes 33 and 35, respectively. When the signal SE is asserted, pass gates 30 and 31 are turned off. Transistor 39 is turned on when signal SE is asserted. Because the transistor pair formed by transistors 34 and 38 is cross-coupled, transistors 34 and 38 respectively amplify the signal on nodes 33 and 35. When the common mode level of nodes 33 and 35 is low enough, cross coupled P-channel transistors 32 and 36 begin amplifying in differential mode, further contributing to the amplification on nodes 33 and 35 and insuring full power supply voltage rail levels on nodes 33 and 35 which respectively form the outputs labeled OUTPUT and OUTPUT-bar. The timing of the assertion of signal SE in an active high form must come after an adequate differential signal has appeared on the data line pair, DL and DL-bar, and thereby also has appeared on nodes 33 and 35 through the conductivity of transistor pass gates 30 and 31, respectively.

Illustrated in FIG. 3 is a plan view of sense amplifier 20 of FIG. 2 using a first amplifier configuration that is equivalent to the amplifier structure of FIG. 2. In general, sense amplifier 20 may be considered to have a plurality of multiplexing pass gates 42, a plurality of pass gates 44 and an amplifier 47. The multiplexing pass gates 42 receive all of the bit lines at inputs thereof. Multiplexing pass gates 42 represent pass gates 22, 24, 26 and 28 of FIG. 2. The multiplexing pass gates 42 function to multiplex the numerous bit lines and output a single data line and its complement. It should be appreciated that multiplexing pass gates

4

42 may be implemented as circuitry external to a sense amplifier. The pass gates 44 are represented in FIG. 2 by transistor pass gates 30 and 31. The remaining circuitry in FIG. 2 forms amplifier 47 of FIG. 3. It should be noted that the sense enable signal SE enables the pass gates 44 while disabling the amplifier 47. Similarly, when sense enable signal SE activates amplifier 47, pass gates 44 function to disconnect amplifier 47 from the data line pair.

Illustrated in FIG. 4 is another plan view of sense amplifier 20 of FIG. 2 using a second amplifier configuration, an amplifier 46, which differs from the amplifier structure of FIG. 2. For convenience of explanation, the same elements existing in FIGS. 2 and 3 are identically numbered. In contrast, in FIG. 4, the outputs of pass gates 44 that correspond to nodes 33 and 35 of FIG. 2 are respectively connected to first and second inputs of amplifier 46. Amplifier 46 differs from amplifier 47 of FIG. 3 in that amplifier 46 has first and second output terminals that are separate and distinct from the first and second input terminals. The first output terminal of amplifier 46 provides the true Output and the second output terminal of amplifier 46 provides the complement Output, Output-bar.

Illustrated in FIG. 5 is a sense amplifier 50 forming another embodiment of the present invention. A pass gate 51 has a first terminal connected to a bit line, BL0, and a second terminal connected to a data line, DL. A pass gate 52 has a first terminal connected to a complement bit line, BL0-bar, and a second terminal connected to a complement data line, DL-bar. A pass gate 53 has a first terminal connected to a bit line, BL1, and a second terminal connected to the DL line. A pass gate 54 has a first terminal connected to a complement bit line, BL1-bar, and a second terminal connected to the complement data line, DL-bar. Additional pass gates exist for additional columns, but are not shown for convenience. In one form, a pass gate pair exists for each column in the memory in which sense amplifier 50 is used. A source of a P-channel transistor 60 is connected to data line DL. Transistor 60 has a drain connected to a node 61 that forms an output terminal labeled "Output" and has a gate connected to a node 62 that forms a complement output terminal labeled "Output-bar". An N-channel transistor 63 has a drain connected to node 61, a gate connected to node 62, and a source connected to a node 67. A P-channel transistor 64 has a source connected to the complement data line, DL-bar, a gate connected to node 61, and a drain connected to node 62. An N-channel transistor 66 has a drain connected to node 62, a gate connected to node 61, and a source connected to node 67. An N-channel transistor 68 has a drain connected to node 67, a gate connected to a Sense Enable signal, SE, and a source connected to a ground terminal that is one terminal of a power supply. A P-channel transistor pass gate 70 has a first terminal connected to the data line, DL, a control terminal connected to the Sense Enable signal, SE, and a second terminal connected to node 61. A P-channel transistor pass gate 72 has a first terminal connected to the complement data line, DL-bar, a control terminal connected to the Sense Enable signal, SE, and a second terminal connected to node 62.

In operation, a signal from a memory cell (not shown) is applied to one of the bit line pairs, such as BL0, BL0-bar, etc. The multiplexing pass gates 51–54, etc. can be turned on either before, during or after the signal is applied to the bit line. The signal then appears on the data line pair and is transmitted through P-channel transistor pass gates 70 and 72 and arrives on nodes 61 and 62, respectively, because the sense enable signal, SE, is inactive (i.e. a logic low). When the sense enable signal SE is asserted, P-channel transistor

US 6,473,349 B1

5

pass gates 70 and 72 are turned off. N-channel transistor 68 is also made conductive. When N-channel transistor 68 becomes conductive, the cross-coupled pair of N-channel transistors 63, 66 begin respectively amplifying the signal on nodes 61, 62 in differential mode. When the common-mode level of nodes 61, 62 is low enough, the pair of P-channel transistors 60 and 64 begins amplifying, in differential mode, the differential signal applied to their gates. Additional amplification is obtained in the pair of P-channel transistors 60 and 64 due to the data line pair differential signal being applied to their sources in a cascode manner.

As a result, the differential gate-to-source bias (delta Vgs) on the pair of P-channel transistors 60 and 64 is twice the magnitude of the differential signal on the data line DL and complementary data line, DL-bar. Thus, the pair of P-channel transistors 60 and 64 can tolerate twice the ordinary threshold voltage offset.

Illustrated in FIG. 6 is a plan view of sense amplifier 50 of FIG. 5 that summarizes generally sense amplifier 50. Pass gates 51–54 may be generally represented as a plurality of multiplexing pass gates 74 for receiving the various bit line pairs in true and complement form. Again, in one form, the number of bit line pairs represents a number of columns of memory cells being addressed. Pass gates 74 function to multiplex the multiple bit line pairs and output a single bit line pair as data line, DL, and the complement data line, DL-bar. Transistors 70 and 72 may respectively be represented as a pass gate 77 and a pass gate 78 that respectively receive the data line and data line-bar inputs and selectively provide the data in response to the Sense Enable signal when in logic low form. Pass gates 77 and 78 respectively provide the data to output and output-bar terminals of amplifier 79 that also function as input terminals to amplifier 79. In other words, the same terminals of amplifier 79 that are used as inputs are also used as outputs. Amplifier 79 of FIG. 6 corresponds to transistors 60, 63, 64, 66 and 68 of FIG. 5.

Illustrated in FIG. 7 is a sense amplifier 72 that represents another embodiment of the present invention. A P-channel transistor 80 has a source connected to a bit line, BL, a gate connected to a node 86, and a drain connected to a node 82. A P-channel transistor 84 has a source connected to a complement bit line, BL-bar, a gate connected to node 82, and a drain connected to node 86. A P-channel transistor 88 has a source connected to node 82, a drain connected to node 86, and a gate connected to a Column Select signal. An N-channel transistor 90 has a drain connected to node 82, a gate connected to the Column Select signal, and a source connected to a data line, DL. An N-channel transistor 92 has a drain connected to node 86, a gate connected to the Column Select signal, and a source connected to a complement data line, DL-bar. A P-channel transistor 93 has a source connected to a power supply terminal for receiving a supply voltage Vcc, a gate connected to the gate of P-channel transistor 80 and node 86, and a drain connected to the data line DL. A P-channel transistor 94 has a source connected to the power supply terminal for receiving supply voltage Vcc, a gate connected to the gate of transistor 84 and node 82, and a source connected to the complement data line, DL-bar. A P-channel transistor 91 has a source connected to the power supply terminal for receiving supply voltage Vcc, a gate connected to the Column Select signal and a drain connected to node 82. A P-channel transistor 95 has a source connected to the power supply terminal for receiving supply voltage Vcc, a gate connected to the Column Select signal and a drain connected to node 86. An N-channel transistor 96 has a drain connected to the data line DL, a gate connected to the complement data line, DL-bar,

6

and a source connected to a ground terminal. An N-channel transistor 98 has a drain connected to the complement data line, DL-bar, a gate connected to the data line, DL, and a source connected to the ground terminal.

In operation, P-channel transistors 80 and 84 function as a cascode style cross-coupled pair of transistors that are connected directly to the bit line and complement bit line. The conduction of transistors 80 and 84 is dependent upon the voltage applied to their cross-coupled gates. It should be understood that for each bit line pair, the circuitry of FIG. 7, except transistors 96 and 98, is repeated. The sources of P-channel transistors 80 and 84 receive the differential signal. P-channel transistors 91 and 95 function as precharge devices to precharge the data line and data line-bar to a ground potential. P-channel transistors 91 and 95 are made conductive and couple the Vcc supply via N-channel transistors 90 and 92 to the gates of N-channel transistors 96 and 98 making each conductive. When the Column Select signal is inactive, transistor 88 is conductive and equalizes the voltage on each of nodes 82 and 86 that equally biases transistors 80 and 84. The Column Select signal is then activated indicating that the column has been selected and making N-channel transistors 90 and 92 conductive. N-channel transistors 90 and 92 function as a coupler and provide current to the cross-coupled P-channel transistors 80 and 84. Nodes 82, 86 also provide the differential signal to P-channel transistors 93, 94 that function to actively pull-up data lines DL and DL-bar, respectively. Transistors 96 and 98 function as a cross-coupled passive latch circuit that only operates when the data lines transition in voltage. Transistors 96 and 98 are not repeated for every column of the memory since they are connected to the data line and data line-bar. By the time transistors 96 and 98 become conductive, there is sufficient differential signal on the data line and data line-bar conductors to ensure that transistors 96 and 98 will not go the wrong way due to noise or offset. In other words, if there were not sufficient differential signal on the data line, noise or offset could incorrectly make one of transistor 96 or 98 first become conductive contrary to the eventual data value. In order to make sure that this circuit condition is met, DL and DL-bar must be precharged low in any of various ways, such as by using pre-charge transistors (not shown). Once either one of transistor 96 or 98 is first strongly conductive, the other transistor becomes non-conductive and the conduction will not change regardless of the data value. However, this potential problem is averted in the design of sense amplifier 72 because the switching action ensures that there is sufficient differential signal on the data line and data line-bar before transistors 96 and 98 become conductive. Transistors 96 and 98 are "helper" devices and do not bear the critical original signal as do transistors 80 and 84. By the precharge function of transistors 91 and 95, nodes 82 and 86 are precharged to Vcc.

In another form, the drains of transistors 93, 94 may instead be connected respectively to nodes 82, 86 rather than to the data line and data line-bar. The operation is similar but there is a slightly different functional effect in the voltage at the inputs (drain) of coupler N-channel transistors 90, 92 and the data line and data line-bar.

Sense amplifier 72 drives the data line and data line-bar with both N-channel transistors 90, 92 and P-channel transistors 93, 94. There is no ohmic loss across additional pass transistors involved in the column decode function. In other words, by placing the differential bit line signal at the sources of transistors 80 and 84, the ohmic loss of passing the differential signal through a bit line/data line pass decode device is avoided. Further, sense amplifier 72 does not drain

US 6,473,349 B1

7

current from either bit line after sensing. Therefore, there is not a critical timing issue for turning off sense amplifier **72**. Transistors **93** and **94** provide a full pull-up of the data lines DL, DL-bar, to Vcc. Sense amplifier **72** addresses speed, power and size issues without having an imbalance in any one of these design parameters with respect to the others. Typically, each of these parameters requires a circuit style that severely disadvantages the other design parameters.

Illustrated in FIG. **8** is a plan overview of sense amplifier **72** of FIG. **6**. In general, a cascode stage **100** receives a bit line pair, BL and BL-bar and has first and second outputs. A precharge portion **101** is controlled by a Column Select signal and is connected to the outputs of the cascode stage **100**. An amplifier **104** has first and second inputs respectively connected to the first and second outputs of the cascode stage **100**, and has first and second outputs respectively connected to the data line DL and complement data line, DL-Bar. A coupler **102** has first and second inputs respectively connected to the first and second outputs of the cascode stage **100**. Coupler **102** has first and second outputs respectively connected to the data line DL and complement data line, DL-bar. A passive latch **106** is connected to the data line DL and the complement data line, DL-bar.

In comparing sense amplifier **72** with the plan overview, the cascode stage is implemented by transistors **80** and **84**. The precharge portion **101** is implemented by transistors **91** and **95**. The amplifier **104** is implemented by transistors **93** and **94**. The coupler **102** is implemented by N-channel transistors **90** and **92**, and passive latch **106** is implemented by transistors **96** and **98**. It should be well understood that different circuitry than used in sense amplifier **72** may be substituted to implement the plan overview of FIG. **8**. For example, various amplifier structures may be used in lieu of the specific amplifier configuration illustrated.

By now it should be appreciated that there has been provided a sense amplifier that is fast, small in size and that is efficient in power consumption. By using gain elements in the form of transistors **80**, **84** that are connected to the bit line pairs prior to ohmic column selection gates, ohmic loss on the bit line is minimized. As a result, a stronger differential signal exists and this allows earlier and faster sensing to be accomplished. Additionally, the sense amplifier taught herein is able to obtain full resolution without continued current demand from the bit lines and thus power is conserved. Additionally, there are no timing critical signals associated with pass gates or the amplifier so that control circuitry is reduced and size minimized. By amplifying low-capacitance sense nodes, such as nodes **82** and **86** of FIG. **7**, to a full-rail potential, the sense amplifier provided herein is much more efficient than driving either data lines or global data lines, even when partial-level signals are used to drive such data lines. The sense amplifiers taught herein combine the function of column decoding with amplification. In a preferred form, N-channel transistors are used for the column select function to couple the differential signal to the data line pair. N-channel transistors have a higher gain than P-channel transistors. P-channel transistors are then used for the amplifier function to interface between the bit lines and the sense nodes, such as nodes **82**, **86** of FIG. **7**.

Because the apparatus implementing the present invention is, for the most part, composed of electronic components and circuits known to those skilled in the art, circuit details will not be explained in any greater extent than that considered necessary as illustrated above, for the understanding and appreciation of the underlying concepts of the present invention and in order not to obfuscate or distract from the teachings of the present invention.

8

In the foregoing specification, the invention has been described with reference to specific embodiments. However, one of ordinary skill in the art appreciates that various modifications and changes can be made without departing from the scope of the present invention as set forth in the claims below. For example, various types of transistors, whether bipolar, MOS, GaAs or other may be used to implement the plan diagrams of the sense amplifier embodiments provided herein. Various amplifier structures may be used. Additionally, the sense amplifier may be used in various types of memories, such as SRAM, MRAM, etc. The sense amplifier may also be used with data signals than with bit line pairs and data line pairs. Accordingly, the specification and figures are to be regarded in an illustrative rather than a restrictive sense, and all such modifications are intended to be included within the scope of the present invention.

Benefits, other advantages, and solutions to problems have been described above with regard to specific embodiments. However, the benefits, advantages, solutions to problems, and any element(s) that may cause any benefit, advantage, or solution to occur or become more pronounced are not to be construed as a critical, required, or essential feature or element of any or all the claims. As used herein, the terms "comprises," "comprising," or any other variation thereof, are intended to cover a non-exclusive inclusion, such that a process, method, article, or apparatus that comprises a list of elements does not include only those elements but may include other elements not expressly listed or inherent to such process, method, article, or apparatus.

What is claimed is:

1. A sense amplifier comprising:

a pair of pass transistors having first and second inputs respectively connected to a data path and complementary data path for receiving a differential data signal, the pair of pass transistors respectively connecting the data path and complementary data path at first and second outputs thereof in response to a sense enable signal, the first and second inputs of the pair of pass transistors are not electrically the same as the first and second outputs thereof when the pair of pass transistors are disabled by the sense enable signal; and

an amplifier having a first input connected to the first output of the pair of pass transistors, a second input connected to the second output of the pair of pass transistors, and first and second outputs for providing sense amplifier data signals in complementary form, the amplifier being controlled by the sense enable signal and being operative only when the pair of pass transistors are made nonconductive by the sense enable signal.

2. The sense amplifier of claim 1 wherein the amplifier further comprises:

a first transistor of a first conductivity type having a first current electrode connected to a first power supply terminal, a control electrode connected to the first input of the amplifier, and a second electrode connected to the second input of the amplifier;

a second transistor of a second conductivity type having a first current electrode connected to the second current electrode of the first transistor, a control electrode connected to the first input of the amplifier, and a second control electrode;

a third transistor of the first conductivity type having a first current electrode connected to the first power supply terminal, a control electrode connected to the second input of the amplifier, and a second current electrode;

US 6,473,349 B1

**9**

a fourth transistor of the second conductivity type having a first current electrode connected to the first input of the amplifier, a current electrode connected to the second input of the amplifier, and a second current electrode connected to the second current electrode of the second transistor; and

a fifth transistor of the second conductivity type having a first current electrode connected to the second current electrode of the second transistor and the second current electrode of the fourth transistor, a control electrode for receiving the sense enable signal, and a second current electrode connected to a second power supply terminal.

**3**. The sense amplifier of claim **1** wherein the amplifier further comprises:

a first transistor of a first conductivity type having a first current electrode connected to the data path, a second current electrode connected to the first output, and a control electrode connected to the second output;

a second transistor of a second conductivity type having a first current electrode connected to the second current electrode of the first transistor, a second current electrode, and a control electrode connected to the control electrode of the first transistor;

a third transistor of the first conductivity type having a first current electrode connected to the complementary data path, a second current electrode connected to the second output, and a control electrode connected to first output;

a fourth transistor of the second conductivity type having a first current electrode connected to the second current electrode of the third transistor, a second current electrode connected to the second current electrode of the second transistor, and a control electrode connected to the first output; and

a fifth transistor of the second conductivity type having a first current electrode connected to the second current electrode of both the second transistor and the fourth transistor, a control electrode for receiving the sense enable signal, and a second current electrode connected to a power supply terminal.

**4**. The sense amplifier of claim **1** further comprising:

a plurality of transistor pass gate pairs, each of the plurality of transistor pass gate pairs having first and second inputs respectively connected to a predetermined bit line and complementary bit line pair of a memory and first and second outputs respectively connected to a memory data path and complementary memory data path.

**5**. The sense amplifier of claim **4** wherein the plurality of transistor pass gate pairs equals a number of columns in the memory.

**6**. The sense amplifier of claim **1** wherein the data path is a memory bit line.

**7**. The sense amplifier of claim **1** wherein the data path is a memory data line.

**8**. A sense amplifier comprising:

a pair of pass transistors having first and second inputs respectively connected to a data path and complementary data path for receiving a differential data signal, the pair of pass transistors respectively connecting the data path and complementary data path at first and second outputs thereof in response to a sense enable signal; and

an amplifier having a first input connected to the first output of the pair of pass transistors, a second input connected to the second output of the pair of pass

**10**

transistors, and first and second outputs for providing sense amplifier data signals in complementary form, the amplifier being controlled by the sense enable signal and being operative only when the pair of pass transistors are made nonconductive by the sense enable signal, wherein the first output and the second output of the amplifier are electrically the same as the first input and the second input of the amplifier, respectively.

**9**. A sense amplifier comprising:

a cascode stage having a first input connected to a first data path, a second input connected to a first complementary data path, an output connected to a second data path, and a complementary output connected to a second complementary data path;

a coupler having a first pair of current electrodes connected to the second data path and second complementary data path, a control electrode, and a second pair of current electrodes connected to a third data path and third complementary data path; and

a latch having a first input connected to the third data path, a second input connected to the third complementary data path, a control input connected to the third data path a complementary control input connected to the third complementary data path.

**10**. The sense amplifier of claim **9** further comprising:

an amplifier having a true input connected to the second data path, a complement input connected to the second complementary data path, a true output connected to a third data path, and a complement output connected to the third complementary data path.

**11**. The sense amplifier of claim **9** further comprising:

a precharge means connected to the second data path and the second complementary data path for selectively biasing the cascode stage in a nonconductive state in response to a control signal to thereby electrically isolate the first data path and the first complementary data path from the sense amplifier.

**12**. The sense amplifier of claim **9**, wherein the cascode stage further comprises:

a cascode pair of transistors having a first transistor of a first conductivity type having a first current electrode connected to a first data path, a control electrode, and a second current electrode connected to a second data path, and having a second transistor of the first conductivity type having a first current electrode connected to a first complementary data path, a control electrode connected to the second current electrode of the first transistor, and a second current electrode connected to the control electrode of the first transistor and to a second complementary data path.

**13**. A method of sensing a differential signal on a pair of input conductors, comprising:

receiving the differential signal;

using a pair of pass transistors to connect the pair of input conductors to a first output and a second output in response to a sense enable signal, a first of the pair of pass transistors having an input connected to a first signal of the differential signal and electrically connecting the first signal to the first output in response to the sense enable signal, a second of the pair of pass transistors having an input connected to a second signal of the differential signal and electrically connecting the second signal to the second output in response to the sense enable signal; and

coupling a first input of an amplifier to the first output and coupling a second input of the amplifier to the second

US 6,473,349 B1

11

output, and coupling first and second outputs of the amplifier to a data line pair of conductors, the amplifier being controlled by the sense enable signal and being operative only when the pair of pass transistors are made nonconductive by the sense enable signal.

14. A sense amplifier comprising:

a first transistor of a first conductivity type having a first current electrode connected to a bit line, a control electrode, and a second current electrode;

a second transistor of the first conductivity type having a first current electrode connected to a complement of the bit line, a control electrode connected to the second current electrode of the first transistor, and a second current electrode connected to the control electrode of the first transistor;

a third transistor of a second conductivity type having a first current electrode connected to the second current electrode of the first transistor, a control electrode for receiving a column select signal, and a second current electrode for providing a first output of the sense amplifier;

a fourth transistor of the second conductivity type having a first current electrode connected to the second current electrode of the second transistor, a control electrode for receiving the column select signal, and a second current electrode for providing a second output of the sense amplifier;

a fifth transistor of the second conductivity type having a first current electrode connected to the second current electrode of the third transistor, a control electrode connected to the second current electrode of the fourth transistor, and a second current electrode connected to a reference voltage terminal; and

a sixth transistor of the second conductivity type having a first current electrode connected to the second current

12

electrode of the fourth transistor, a control electrode connected to the second current electrode of the third transistor, and a second current electrode connected to the reference voltage terminal.

15. The sense amplifier of claim 14 further comprising:

a seventh transistor of the first conductivity type having a first current electrode connected to a second reference voltage terminal, a control electrode connected to the control electrode of the first transistor, and a second current electrode connected to the second current electrode of the third transistor; and

an eighth transistor of the first conductivity type having a first current electrode connected to the second reference voltage terminal, a control electrode connected to the control electrode of the second transistor, and a second current electrode connected to the second current electrode of the fourth transistor, the seventh transistor and the eighth transistor selectively amplifying the first output and the second output of the sense amplifier.

16. The sense amplifier of claim 15 further comprising:

a precharge means connected to the control electrode of each of the first transistor and the second transistor for selectively biasing the first transistor and the second transistor in a nonconductive state in response to the column select signal to thereby electrically isolate the bit line and the complement bit line from the sense amplifier.

17. The sense amplifier of claim 16 further comprising:

an equalization transistor of the first conductivity type having a first current electrode connected to the second current electrode of the first transistor, a second current electrode connected to the second current electrode of the second transistor, and a control electrode connected to the column select signal.

*    *    *    *    *

# EXHIBIT B

US006862208B2

## (12) United States Patent
### Palmer et al.

(10) Patent No.: **US 6,862,208 B2**
(45) Date of Patent: **Mar. 1, 2005**

(54) **MEMORY DEVICE WITH SENSE AMPLIFIER AND SELF-TIMED LATCH**

(75) Inventors: **Jeremiah T. C. Palmer**, Pflugerville, TX (US); **Perry H. Pelley, III**, Austin, TX (US)

(73) Assignee: **Freescale Semiconductor, Inc.**, Austin, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/412,490**

(22) Filed: **Apr. 11, 2003**

(65) **Prior Publication Data**

US 2004/0202014 A1 Oct. 14, 2004

(51) **Int. Cl.**[7] ............................................... **G11C 11/00**
(52) **U.S. Cl.** ...................................... **365/154**; 365/205
(58) **Field of Search** ............................... 365/145, 222, 365/205, 154

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,701,268 A * 12/1997 Lee et al. .................... 365/205

6,101,145 A    8/2000 Nicholes ................. 365/230.01
6,445,632 B2 * 9/2002 Sakamoto ................... 365/205

* cited by examiner

*Primary Examiner*—M. Tran
(74) *Attorney, Agent, or Firm*—David G. Dolezal; Daniel D. Hill

(57) **ABSTRACT**

A memory device (**201**) includes a plurality of memory cells (**203**), bit lines, word lines, a sense amplifier (**314**), and a self-timed latch (**215**). The sense amplifier (**314**), responsive to a sense enable signal, is for sensing and amplifying a voltage on the bit lines corresponding to a stored logic state of a selected one of the plurality of memory cells. An isolation circuit (**306, 308**) is coupled between the bit lines (**205** and **207**) and the sense amplifier (**314**). The isolation circuit (**306, 308**) is for decoupling the selected one of the plurality of memory cells from the sense amplifier (**314**) at about the same time that the sense enable signal is asserted. A self-timed latch (**215**) is coupled to the sense amplifier (**314**). The self-timed latch (**215**) does not receive a clock signal and is responsive to only the amplified voltage.

**32 Claims, 4 Drawing Sheets**



Case 8:13-cv-01535-ODW-JEM   Document 1   Filed 09/30/13   Page 22 of 31   Page ID #:29



FIG.2



FIG.1
-PRIOR ART-



## FIG.3



FIG. 4



**FIG.5**

US 6,862,208 B2

1

## MEMORY DEVICE WITH SENSE AMPLIFIER AND SELF-TIMED LATCH

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates in general to integrated circuits and in particular to memory devices.

2. Description of the Related Art

Memory devices such as e.g. a Random Access Memory (RAM) include sense amplifiers for providing a signal indicative of a value stored in a memory cell of an array coupled to the sense amplifier.

FIG. 1 shows a prior art memory device. Memory device 101 includes a bitcell array 103 having a plurality of memory cells, each for storing a bit of data. The memory cells of bitcell array 103 are each coupled to a pair of differential bit lines BL 105 and *BL 107. Each cell in array 103 is coupled to a word line, which is coupled to row decoder 109. Memory device 101 also includes a column logic 111, sense amplifier circuit 113, latch 115, and output buffer 117. Column logic 111 includes precharge and equalization circuitry, write circuitry, column decode circuitry, and isolation transistors. Latch 115 receives a capacity CLOCK timing signal for enabling latch 115 to sample data from the output of sense amplifier circuit 113. The second amplifier circuit 113 is enabled by a SENSE ENABLE signal.

For memory devices having multiple sense amplifier circuits and latches, providing a clock signal to each latch places a large load on a clock generating circuit, thereby consuming power and degrading the performance of the clock signal. Furthermore, enabling latch 115 with a clock signal requires specific setup and hold time requirements to be maintained between the clock signal and the sense enable signal. Variation in the performance of the memory device may result in the failure to latch the output of the sense amplifier circuit 113. In addition, a latch requires extra circuitry to handle the clock signal. Furthermore, having a latch circuit with a clock input may also introduce unnecessary delay in the operation of a memory device.

What is needed is an improved memory device.

### BRIEF DESCRIPTION OF THE DRAWINGS

The present invention may be better understood, and its numerous objects, features, and advantages made apparent to those skilled in the art by referencing the accompanying drawings.

FIG. 1 is a block diagram of a prior art memory device.

FIG. 2 is a block diagram of one embodiment of a memory device according to the present invention.

FIG. 3 is circuit diagram of one embodiment of a portion of the memory device of FIG. 2, including the sense amplifier circuit and self-timed latch according to the present invention.

FIG. 4 is a timing diagram for one embodiment of a memory device according to the present invention.

FIG. 5 is a block diagram of one embodiment of an integrated circuit according to the present invention.

The use of the same reference symbols in different drawings indicates identical items unless otherwise noted.

### DETAILED DESCRIPTION

The following sets forth a detailed description of a mode for carrying out the invention. The description is intended to be illustrative of the invention and should not be taken to be limiting.

2

FIG. 2 is a block diagram of a memory device according to the present invention. Memory device 201 includes a bitcell array 203 having a plurality of memory cells, each for storing a bit of data. In one embodiment, memory device 201 is an SRAM memory and the memory cells of bitcell array 203 are 6 transistor SRAM cells. However in other embodiments, other types of memory cells may be utilized in a memory device such as, e.g., other types of SRAM, DRAM, MRAM, Flash Memory, ROM, EPROM, EEPROM, ferromagnetic, or other types of memory cells. In some embodiments, each cell in bitcell array 203 stores multiple bits. The memory cells of bitcell array 203 are each coupled to a pair of differential bit lines BL 205 and *BL 207. Each cell in array 203 is coupled to a word line (e.g. 210), which are controlled by row decoder 209. Row decoder 209 receives at its input, a row address which it decodes to assert the word line designated by the row address. Memory device 201 also includes column logic 211. In one embodiment, column logic includes precharge and equalization circuitry, write circuitry, column decode circuitry, and isolation transistors (e.g. 306 and 308 in FIG. 3). The column logic has inputs coupled to column address lines and coupled to data in lines for data writes to the memory cells. In some embodiments, column logic 211 may also be coupled to multiple pairs of bit lines, wherein column logic 211 performs a column decode function in coupling a selected column to sense amplifier circuit 213.

Sense amplifier circuit 213 amplifies a difference in local data lines (e.g. LDL 305 and *LDL 307 in FIG. 3) during a read cycle for the determination of the value of a bit stored in a memory element of a memory cell of bitcell array 203. The value of a bit stored in a memory element corresponds to the logic state of the memory element. Sense amplifier circuit 213 is enabled to amplify a difference in the local data lines by a SENSE ENABLE signal.

Memory device 201 includes a self-timed latch 215. Self-timed latch 215 is a data storage device that stores data provided from the sense amplifier circuit 213. In one embodiment, self-timed latch 215 stores data only in response to receiving an amplified differential data signal from sense amplifier circuit 213. Self-timed latch 215 does not have an input for a clock signal. The output of self-timed latch 215 is provided to an output buffer which provides a buffered data output signal indicating the value of the bit stored in the selected memory cell.

FIG. 3 is a schematic diagram showing one embodiment of sense amplifier circuit 213, self-timed latch 215, and a portion 309 of column logic 211 (hereafter "circuit portion 309"). Circuit portion 309 includes two isolation transistors 306 and 308 for isolating bit lines BL 205 and *BL 207 from sense amplifier circuit 213. The "*" in front of a signal line indicates that that signal line is a logical complement of the signal line having the same name but without the "*". Isolation transistors 306 and 308 are controlled by an isolation control signal (CD). In one embodiment, the isolation control signal (CD) is provided by a column decoder (not shown) of the column logic 211 and is a decoded signal from the column address provided to column logic 211. Circuit portion 309 also includes a precharge and equalization circuit 312 for precharging local data lines LDL 305 and *LDL 307. Having a precharge and equalization circuit 312 on the opposite side of isolation transistors 306 and 308 from the bit lines allows for a sense amplifier 314 of sense amplifier circuit 213 to be precharged while cells of bitcell array 203 are being written during a write cycle.

Sense amplifier 314 includes a pair of cross coupled inverters 318 and 320. Inverter 318 is formed from transis-

US 6,862,208 B2

3

tors 317 and 319 and inverter 320 is formed from transistors 315 and 321. Transistors 319 and 321 each include a current electrode connected to a current electrode of transistor 323. Transistor 323 receives the SENSE ENABLE signal at its control electrode. Sense amplifier 314 amplifies the difference in voltage between the local data lines LDL 305 and *LDL 307 in response to the assertion of the SENSE ENABLE signal. In one embodiment, when the SENSE ENABLE signal is asserted, sense amplifier 314 senses which of the local data lines (LDL 305 or *LDL 307) has the lower voltage due to a differential data signal from a selected bitcell of array 203 via the bit lines and transistors 306 and 308. Sense amplifier 314 then drives that local data line to a voltage of power supply terminal VSS and drives the other local data line to the voltage of the power supply terminal VDD to provide an amplified differential data signal.

In the embodiment shown, sense amplifier circuit 213 also includes buffers (e.g. inverters 327 and 325) for isolating sense amplifier 314 from self-timed latch 215. In other embodiments, sense amplifier circuit 213 does not include buffers. In still other embodiments, non inverting buffers may be utilized in place of inverters 327 and 325.

Self-timed latch 215 includes transistors 337 and 335 whose control electrodes are connected to data lines DL 311 and *DL 313, respectively. Transistors 337 and 335 each include a current terminal coupled to cross coupled inverters 331 and 333. Self-timed latch 215 outputs data at its output, which is connected to the output terminal of inverter 331 and the input terminal of inverter 333. Self-timed latch 215 provides at its output (DATA OUT) a value that corresponds to the value of the amplified differential data signal received on differential data lines DL 311 and *DL 313 in response to receiving the amplified differential data signal.

FIG. 4 shows one embodiment of a timing diagram for the circuit of FIG. 3 during two read cycles. The portion of the timing diagram labeled READ "1" CYCLE indicates the voltage values of various nodes, signals, and data lines during a read cycle of a selected memory cell of bit array 203 having a stored logic state indicative of a value of "1". The portion of the timing diagram labeled READ "0" CYCLE indicates the voltage values of various nodes, signals, and data lines during a read cycle of a selected memory cell of bit array 203 having a stored logic state indicative of a value of "0". The designation of a stored logic state to a value is arbitrary in that with some embodiments, the logic state of a memory cell that designates a "1" may designate a "0" in other embodiments. The CLOCK signal is provided by clock circuitry (e.g. 511 of FIG. 5) external to the memory device.

During a read cycle, the CD signal is driven low (e.g. at 405) to couple the local data lines LDL 305 and *LDL 307 to bit lines BL 205 and *BL 207, respectively. During this time, a memory cell in bitcell array 203 is selected for reading by activating the word line (e.g. 210) associated with that bitcell. Also when the CD signal is driven low, the PRECHARGE signal is driven high to deactivate the precharge of local data lines LDL 305 and *LDL 307 by precharge and equalization circuit 312. Coupling the local data lines LDL 305 and *LDL 307 to bit lines BL 205 and *BL 207, respectively, and deactivating the precharge and equalization circuit 312 allows the local data lines LDL 305 and *LDL 307 to be coupled to the selected bitcell to develop a voltage differential across LDL 305 and *LDL 307 that is dependent upon the logic state stored in the selected memory cell. For the embodiment shown, because a logic state designating a "1" is stored in the selected memory cell, the voltage of *LDL 307 is pulled to a lower voltage level (see sloped line 406) than that of the voltage level of LDL 305 with the assertion of the CD signal.

4

After a predetermined period of time from when the CD signal is driven low at 405, the SENSE ENABLE signal is asserted (the SENSE ENABLE signal is an active high signal) at 407. The SENSE ENABLE signal, as well as the CD signal and the PRECHARGE signal, are logically derived from the CLOCK signal. Asserting the SENSE ENABLE signal triggers sense amplifier 314 to drive *LDL 307 to a voltage level of power supply voltage terminal VSS. At about the time that the SENSE ENABLE signal is asserted, the CD signal is driven high to isolate the local data lines LDL 305 and *LDL 307 from bit lines BL 205 and *BL 207, respectively. Isolating the local data lines (e.g. LDL 305 and *LDL 307) from the bit lines (BL 205 and *BL 207) may allow for sense amplifier 314 to amplify the differential data signal on the local data lines faster than if they were coupled to the bit lines, in that the capacitance on the local data lines is reduced when they are not coupled to the bit lines.

Because *LDL 307 is connected to the input terminal of inverter 325 and data line *DL 313 is connected to the output terminal of inverter 325, pulling *LDL 307 to VSS drives *DL 313 high. Because DL 311 is coupled to LDL 305 through inverter 327, DL 311 remains at a low voltage level. In response to *DL 313 going to a high level to indicate that a "1" is stored in the selected memory cell, the DATA OUT signal transitions to a low state. DL *313 going to a high level makes transistor 335 conductive, over powering inverter 331 and pulling the input terminal of inverter 333 low. In response to the input terminal of inverter 333 being pull low, the input terminal of inverter 331 (node 341) is pull high, thereby pulling the DATA OUT signal high.

When the SENSE ENABLE signal is deasserted and precharge and equalization circuit 312 is enabled by the PRECHARGE signal going low, local data line *LDL 307 is pulled back to VDD, thereby pulling *DL 313 low, which turns off transistor 335. However, because of the latch function of self-timed latch 215, the voltage level of the DATA OUT signal remains latched at the low voltage level. Accordingly, self-timed latch 215 provides a value indicative of the contents of the selected memory cell after the local data lines and sense amplifier 314 are being precharged.

The value of the DATA OUT signal remains at same level indicating a value until an opposite value is sensed by the sense amplifier during a subsequent memory read cycle. For example, the voltage of the DATA OUT signal remains at a low level until a "0" value is sensed by sense amplifier 314 during a subsequent memory read cycle.

During the READ "0" CYCLE, the CD signal is driven low (e.g. at 408) to couple local data lines LDL 305 and *LDL 307 to bit lines BL 205 and *BL 207, respectively. During this time, a memory cell in bitcell array 203 is selected for reading by activating the word line (e.g. 210) associated with that bitcell. Also when the CD signal is driven low, the PRECHARGE signal is driven high to deactivate the precharge of local data lines LDL 305 and *LDL 307 by precharge and equalization circuit 312. Because a "0" is stored in the selected memory cell, the voltage of LDL 305 is pulled to a lower voltage level than that of the voltage level of *LDL 307 (see sloped line 412 in FIG. 4).

After a predetermined period of time from when the CD signal is driven low at 408, the SENSE ENABLE signal is asserted at 409. Asserting the SENSE ENABLE signal triggers sense amplifier 314 to drive LDL 305 to the voltage level of power supply voltage terminal VSS. At about the time that the SENSE ENABLE signal is asserted, the CD

US 6,862,208 B2

5

signal is driven high to isolate the local data lines LDL **305** and *LDL **307** from bit lines BL **205** and *BL **207**, respectively.

Because LDL **305** is connected to the input terminal of inverter **327** and data line DL **311** is connected to the output terminal of inverter **327**, pulling LDL **305** to VSS drives DL **311** high. Because *DL **313** is coupled to *LDL **307** through inverter **325**, *DL **313** remains at a low voltage level. In response to DL **311** going to a high level to indicate that a "0" is stored in the selected memory cell, the DATA OUT signal transitions to a high voltage level. DL **311** going to a high voltage level makes transistor **337** conductive, over powering inverter **333** and pulling the input terminal (node **341**) of inverter **331** low. In response to the input terminal of inverter **331** being pulled low, the input terminal of inverter **333** and the DATA OUT signal are pulled to a high voltage level.

When the SENSE ENABLE signal is deasserted and precharge and equalization circuit **312** is enabled by the PRECHARGE signal going low, local data line LDL **305** is pulled back to VDD, thereby pulling DL **311** low, which turns off transistor **337**. However, because of the latch function of self-timed latch **215**, the voltage level of the DATA OUT signal remains latched at the high voltage level.

Providing a self-timed latch that is responsive only to the output of a sense amplifier circuit may allow for the latch to latch a value immediately after the sense amplifier provides an amplified data signal as opposed to a clocked latch which has specific setup and hold time requirements to be maintained in order to capture and retain the data of the amplified data signal. Also, providing a self-timed latch that does not have a clock input may allow for reduction in the load of the clock generating circuitry of an integrated circuit. It also may allow for a reduction in the circuitry to implement a latch and sense amplifier circuit in a memory device.

In other embodiments, the sense amplifier circuit and latch may have other configurations. For example, inverters **325** and **327** (which perform an inverting buffer function) may be replaced by non inverting buffers. In such an embodiment, transistors **337** and **335** would be replaced with P channel transistors and their current terminals would be connected power supply terminal VDD instead of VSS. Also in other embodiments, isolating transistors **306** and **308** may be removed. In other embodiments, other types of sense amplifier circuits maybe utilized including e.g. other sense amplifiers that provide an amplified differential output.

FIG. **5** is a block diagram of one embodiment of an integrated circuit according to the present invention. Integrated circuit **501** includes a core processor **503**, clock circuitry **511**, bus controller and direct memory access circuitry **505**, and an L2 cache **509**. In one embodiment, bus controller and direct memory access circuitry **505** includes one or more bus controllers, with each bus controller coupled to a different system bus (such as e.g. a PCI bus). L2 cache **509** includes a plurality of columns, with each including a sense amplifier circuit, self timing latch, and circuit portion similar to sense amplifier circuit **213**, self-timing latch **215**, and circuit potion **309** of FIG. **3**. Clock circuitry **511** provides a clock signal. Core processor **503** provides row and column address to L2 cache **509** via bus **515** and receives data from L2 cache **509** via bus **515**. Integrated circuit **501** may also include other devices such as other bus controllers and memories (e.g. RAM or Flash). In one embodiment, integrated circuit **501** is a communications processing circuit for operably coupling busses of different protocols.

6

In other embodiments, the sense amplifier circuit self-timed latch and column logic described herein may be used in other types of memory devices. For example, these circuits may be used in embedded memory circuits (e.g. embedded RAM or ROM) or in stand alone memory devices.

In one aspect of the invention, a memory device includes a plurality of memory cells. Each of the plurality of memory cells is coupled to a bit line. The memory device also includes a sense amplifier for amplifying a data signal from a selected one of the plurality of memory cells via the bit line to provide an amplified data signal in response to asserting a sense enable signal. The memory device further includes an isolation circuit coupled between the bit line and the sense amplifier. The isolation circuit is for decoupling the selected one of the plurality of memory cells from the sense amplifier at about the same time as the assertion of the sense enable signal. The memory device also includes a self-timed storage device, coupled to the sense amplifier, for storing data corresponding to the amplified data signal only in response to the amplified data signal.

In another aspect of the invention, a memory device includes a plurality of memory cells. Each of the plurality of memory cells is coupled to a first bit line and to a second bit line. The memory device includes a first data line coupled to the first bit line during at least a portion of a read cycle and a second data line coupled to the second bit line during at least a portion of the read cycle. The memory device further includes a sense amplifier having a pair of cross-coupled inverters. The pair of cross-coupled inverters is coupled to the first data line and to the second data line for amplifying a data signal from a selected one of the plurality of memory cells in response to asserting a sense enable signal. The memory device also includes a first buffer circuit having an input coupled to the first data line and an output, a second buffer circuit having an input coupled to the second data line and an output, and a self-timed storage device having a first input coupled to the output of the first buffer circuit and a second input coupled to the output of the second buffer circuit. The self-timed storage device is responsive only to a differential voltage between the output of the first buffer circuit and the output of the second buffer circuit.

In another aspect, the invention includes a method for reading a memory cell of a memory device. The memory device includes a plurality of memory cells. Each of the plurality of memory cells is coupled to a bit line and to a word line. The method includes selecting at least one of the plurality of memory cells and sensing and amplifying a voltage on the bit line using a sense amplifier in response to asserting a sense enable signal to produce an amplified data signal. The amplified data signal is representative of a logic state stored in the at least one of the plurality of memory cells selected by the selecting. The method also includes decoupling the bit line from the sense amplifier at about the same time as the sense enable signal is asserted and latching data corresponding to the amplified data signal in a self-timed latch. The self-timed latch latching the data in response to only the amplified data signal.

While particular embodiments of the present invention have been shown and described, it will be recognized to those skilled in the art that, based upon the teachings herein, further changes and modifications may be made without departing from this invention and its broader aspects, and thus, the appended claims are to encompass within their scope all such changes and modifications as are within the true spirit and scope of this invention.

US 6,862,208 B2

7

What is claimed is:

**1**. A memory device, comprising:

a plurality of memory cells, each of the plurality of memory cells coupled to a bit line;

a sense amplifier for amplifying a data signal from a selected one of the plurality of memory cells via the bit line to provide an amplified data signal in response to asserting a sense enable signal;

an isolation circuit, coupled between the bit line and the sense amplifier, the isolation circuit for decoupling the selected one of the plurality of memory cells from the sense amplifier at about the same time as the assertion of the sense enable signal; and

a self-timed storage device, coupled to the sense amplifier, for storing data corresponding to the amplified data signal only in response to the amplified data signal.

**2**. The memory device of claim **1**, wherein the memory device is implemented on an integrated circuit.

**3**. The memory device of claim **1**, wherein the memory device is characterized as being a static random access memory (SRAM).

**4**. The memory device of claim **1**, wherein:

the data signal is a differential data signal;

the amplified data signal is an amplified differential data signal;

the sense amplifier comprises a pair of cross-coupled inverters, the pair of cross-coupled inverters being coupled to amplify the differential data signal to provide the amplified differential data signal in response to the sense enable signal.

**5**. The memory device of claim **1**, wherein the self-timed storage device comprises:

a first transistor having a first current electrode, a second current electrode coupled to a power supply voltage terminal, and a control electrode coupled to a first data line;

a second transistor having a first current electrode, a second current electrode coupled to the power supply voltage terminal, and a control electrode coupled to a second data line;

a first inverter having an input coupled to the first current electrode of the first transistor, and an output coupled to the first current electrode of the second transistor; and

a second inverter having an input coupled to the first current electrode of the second transistor and an output coupled to the first current electrode of the first transistor.

**6**. The memory device of claim **1**, wherein the sense amplifier comprises:

a first transistor having a first current electrode coupled to a first power supply voltage terminal, a second current electrode coupled to a first data line, and a control electrode;

a second transistor having a first current electrode coupled to the second current electrode of the first transistor, a second current electrode, and a control electrode coupled to the control electrode of the first transistor;

a third transistor having a first current electrode coupled to the first power supply voltage terminal, a second current electrode coupled to the control electrode of the first transistor and to a second data line, and a control electrode coupled to the second current electrode of the first transistor;

a fourth transistor having a first current electrode coupled to the second current electrode of the third transistor, a

8

second current electrode, and a control electrode coupled to the control electrode of the third transistor; and

a fifth transistor having a first current electrode coupled to the second current electrodes of both the second and fourth transistors, a second current electrode coupled to a second power supply voltage terminal, and a control electrode for receiving the sense enable signal.

**7**. The memory device of claim **1**, wherein the data signal is a differential data signal provided on a first bit line and a second bit line, and the isolation circuit further comprising:

a first isolation transistor for selectively coupling the first bit line to a first data line; and

a second isolation transistor for selectively coupling the second bit line to a second data line.

**8**. The memory device of claim **7** wherein the sense amplifier is coupled to the first data line and the second data line, the first isolation transistor for selectively coupling the first bit line to the sense amplifier, the second isolation transistor for selectively coupling the second bit line to the sense amplifier.

**9**. The memory device of claim **7**, further comprising:

a precharge circuit coupled to the first and second data lines, the precharge circuit for precharging the first and second data lines prior to the assertion of the sense enable signal.

**10**. The memory device of claim **7**, further comprising:

a first inverter having an input coupled to the first data line and an output coupled to a first input of the self-timed storage device;

a second inverter having an input coupled to the second data line and an output coupled to a second input of the self-timed storage device.

**11**. The memory device of claim **10**, wherein the self-timed storage device comprises:

a first transistor having a first current electrode, a second current electrode coupled to a power supply voltage terminal, and a control electrode coupled to the first data line;

a second transistor having a first current electrode, a second current electrode coupled to the power supply voltage terminal, and a control electrode coupled to the second data line;

a first inverter having an input coupled to the first current electrode of the first transistor, and an output coupled to the first current electrode of the second transistor; and

a second inverter having an input coupled to the first current electrode of the second transistor and an output coupled to the first current electrode of the first transistor.

**12**. A memory device comprising:

a plurality of memory cells, each of the plurality of memory cells coupled to a first bit line and to a second bit line;

a first data line coupled to the first bit line during at least a portion of a read cycle;

a second data line coupled to the second bit line during at least a portion of the read cycle;

a sense amplifier having a pair of cross-coupled inverters, the pair of cross-coupled inverters being coupled to the first data line and to the second data line for amplifying a data signal from a selected one of the plurality of memory cells in response to asserting a sense enable signal;

a first buffer circuit having an input coupled to the first data line and an output;

US 6,862,208 B2

9

a second buffer circuit having an input coupled to the second data line and an output;

a self-timed storage device having a first input coupled to the output of the first buffer circuit and a second input coupled to the output of the second buffer circuit, the self-timed storage device responsive only to a differential voltage between the output of the first buffer circuit and the output of the second buffer circuit.

13. The memory device of claim 12, wherein the plurality of memory cells is characterized as being a plurality of static random access memory (SRAM) cells.

14. The memory device of claim 12, wherein the memory device is part of an integrated circuit.

15. The memory device of claim 12, further comprising:

a first isolation transistor for selectively coupling the first bit line to the first data line; and

a second isolation transistor for selectively coupling the second bit line to the second data line.

16. The memory device of claim 15, wherein the first and second isolation transistors decouple the first and second data lines from the first and second bit lines at about the same time as the assertion of the sense enable signal.

17. The memory device of claim 12, wherein the sense amplifier comprises:

a first transistor having a first current electrode coupled to a first power supply voltage terminal, a second current electrode coupled to the first data line, and a control electrode;

a second transistor having a first current electrode coupled to the second current electrode of the first transistor, a second current electrode, and a control electrode coupled to the control electrode of the first transistor;

a third transistor having a first current electrode coupled to the first power supply voltage terminal, a second current electrode coupled to the control electrode of the first transistor and to the second data line, and a control electrode coupled to the second current electrode of the first transistor;

a fourth transistor having a first current electrode coupled to the second current electrode of the third transistor, a second current electrode, and a control electrode coupled to the control electrode of the third transistor; and

a fifth transistor having a first current electrode coupled to the second current electrodes of both the second and fourth transistors, a second current electrode coupled to a second power supply voltage terminal, and a control electrode for receiving the sense enable signal.

18. The memory device of claim 12, wherein the self-timed storage device comprises:

a first transistor having a first current electrode, a second current electrode coupled to a power supply voltage terminal, and a control electrode coupled to the first data line;

a second transistor having a first current electrode, a second current electrode coupled to the power supply voltage terminal, and a control electrode coupled to the second data line;

a first inverter having an input coupled to the first current electrode of the first transistor, and an output coupled to the first current electrode of the second transistor; and

a second inverter having an input coupled to the first current electrode of the second transistor and an output coupled to the first current electrode of the first transistor.

10

19. The memory device of claim 12, wherein the first and second buffer circuits are first and second inverters, respectively.

20. The memory device of claim 12, further comprising a precharge circuit coupled to the first and second data lines, the precharge circuit for precharging the first and second data lines prior to the assertion of the sense enable signal.

21. The memory device of claim 12, wherein the sense enable signal is generated from a clock signal.

22. A method for reading a memory cell of a memory device, the memory device comprising a plurality of memory cells, each of the plurality of memory cells coupled to a bit line and to a word line, the method comprising:

selecting at least one of the plurality of memory cells;

sensing and amplifying a voltage on the bit line using a sense amplifier in response to asserting a sense enable signal to produce an amplified data signal, the amplified data signal representative of a logic state stored in the at least one of the plurality of memory cells selected by the selecting;

decoupling the bit line from the sense amplifier at about the same time as the sense enable signal is asserted; and

latching data corresponding to the amplified data signal in a self-timed latch, the self-timed latch latching the data in response to only the amplified data signal.

23. The method of claim 22, wherein the memory device is characterized as being a static random access memory (SRAM).

24. The method of claim 22, wherein the sense enable signal is generated from a clock signal.

25. The method of claim 22 wherein the amplified data signal is produced on a data line, the method further comprising precharging the data line prior to the assertion of the sense enable signal.

26. The method of claim 22 further comprising:

prior to the sensing and amplifying, coupling the bit line to a data line wherein, the

coupling includes coupling the sense amplifier to the bit line via the data line;

wherein the amplified data signal is produced on the data line;

wherein the decoupling the bit line from the sense amplifier includes decoupling the bit line from the data line.

27. The method of claim 22 wherein the data remains latched until an other amplified data signal representative of an opposite logic state to the logic state is produced using the sense amplifier during a memory read cycle subsequent to the sensing and amplifying.

28. The method of claim 22 wherein:

the sensing and amplifying a voltage includes sensing and amplifying a differential voltage;

the amplified data signal is an amplified differential data signal.

29. A method for reading a memory cell of a memory device, the memory device comprising a plurality of memory cells, the method comprising:

selecting at least one of the plurality of memory cells;

sensing and amplifying a voltage using a sense amplifier in response to asserting a sense enable signal to produce an amplified data signal on a line, the amplified data signal representative of a logic state stored in the at least one of the plurality of memory cells selected by the selecting;

US 6,862,208 B2

11

latching data corresponding to the amplified data signal in a self-timed latch, the self-timed latch latching the data in response to only the amplified data signal;

precharging the line after the sensing and amplifying, wherein the data remains latched at least during an initial portion of the precharging.

**30**. The method of claim **29** wherein the data remains latched until an other amplified data signal representative of an opposite logic state to the logic state is produced on the line during a memory read cycle subsequent to the sensing and amplifying.

12

**31**. The method of claim **29** wherein:

the sensing and amplifying a voltage includes sensing and amplifying a differential voltage;

the amplified data signal is an amplified differential data signal.

**32**. The method of claim **29**, wherein the memory device is characterized as being a static random access memory (SRAM).

\*   \*   \*   \*   \*