BRANDON FERNALD
Brandon.fernald@fernaldlawgroup.com
FERNALD LAW GROUP LLP
A REGISTERED LIMITED LIABILITY PARTNERSHIP
510 W 6th Street, Suite 700
Los Angeles, California 90014
T:323.410.0320 | F:323.410.0330 | C:323.842.7473

DAVID A. SKEELS (admitted *pro hac vice*)
skeels@fsclaw.com
JONATHAN T. SUDER (admitted *pro hac vice*)
jts@fsclaw.com
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, TX 76102
T: 817-334-0400
F: 817-334-0401

Attorneys for Plaintiff
PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM TECHNOLOGIES, INC. and MARVELL SEMICONDUCTOR, INC.<br><br>Defendants. | CASE NO. 8:13-cv-1535 ODW (JEMx)<br><br>**FIRST AMENDED COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NOS. 6,473,349 AND 6,862,208**<br><br>Jury Trial Demanded |

Plaintiff PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC ("Plaintiff") files this First Amended Complaint against Defendants QUALCOMM TECHNOLOGIES, INC. and MARVELL SEMICONDUCTOR, INC. ("Defendants") alleging as follows:

## I. THE PARTIES

1. PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC ("Plaintiff") is a Limited Liability Company organized and existing under the laws of the State of Texas, with a principal place of business in Plano, Texas.

2. Upon information and belief, Defendant QUALCOMM TECHNOLOGIES, INC. ("QUALCOMM") is a Delaware corporation with a principal place of business in San Diego, CA. Defendant QUALCOMM may be served with Plaintiff's First Amended Complaint by and through its attorney, Dave Nelson, of Quinn Emanuel located at 500 W. Madison, Suite 2450, Chicago, IL 60661.

3. Upon information and belief, Defendant MARVELL SEMICONDUCTOR, INC. ("MARVELL") is a California corporation with a principal place of business in Santa Clara, CA. Defendant MARVELL may be served with Plaintiff's First Amended Complaint by and through its attorney, Steve Marshall, of Fish & Richardson P.C. located at 1425 K Street, NW, Suite 1100, Washington, DC 20005.

## II. JURISDICTION AND VENUE

4. This is an action for infringement of a United States patent. Federal question jurisdiction is conferred to this Court over such action under 28 U.S.C. §§ 1331 and 1338(a).

5. Upon information and belief, Defendants have had minimum contacts with the Southern Division of the Central District of California such that this venue is fair and reasonable. Defendants have committed such purposeful acts and/or transactions in this district that they reasonably should know and expect that they could be haled into this Court as a consequence of such activity. Upon information and belief, Defendants have transacted and, at the time of the filing of this

1  Complaint, are transacting business within the Southern Division of the Central
2  District of California.
3       6.    For these reasons, personal jurisdiction exists and venue is proper in
4  this Court under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(b).

### III. PATENT INFRINGEMENT

6     7.    On October 29, 2002, United States Patent No. 6,473,349 ("the '349 Patent") was duly and legally issued for "CASCODE SENSE AMP AND COLUMN SELECT CIRCUIT AND METHOD OF OPERATION." A true and correct copy of the '349 Patent is attached hereto as Exhibit "A" and made a part hereof.

8.    On March 1, 2005, United States Patent No. 6,862,208 ("the '208 Patent") was duly and legally issued for "MEMORY DEVICE WITH SENSE AMPLIFIER AND SELF-TIMED LATCH." A true and correct copy of the '208 Patent is attached hereto as Exhibit "B" and made a part hereof.

9.    The '349 and '208 Patents are referred to collectively as the "Patents-in-Suit."

10.   By way of assignment, Plaintiff is the owner of all right, title and interest in and to the Patents-in-Suit, with all rights to enforce them against infringers and to collect damages for all relevant times, including the right to prosecute this action.

11.   Upon information and belief, Defendants manufacture, make, have made, import, have imported, market, sell and/or use products and/or systems that infringe one or more claims of the Patents-in-Suit.

12.   On information and belief, Defendant QUALCOMM, without authority, consent, right, or license, and in direct infringement of the Patents-in-Suit, manufactures, uses, sells, imports, and/or offers for sale systems and/or products directly infringing one or more claims of the Patents-in-Suit. By way of

example only, its MSM8960 chip directly infringes at least claim 1 of the '349 Patent, and at least claim 1 of the '208 Patent.

13. On information and belief, Defendant MARVELL, without authority, consent, right, or license, and in direct infringement of the Patents-in-Suit, manufactures, uses, sells, imports, and/or offers for sale systems and/or products directly infringing one or more claims of the Patents-in-Suit. By way of example only, its 88W8686 chip directly infringes at least claim 1 of the '349 Patent, and at least claim 1 of the '208 Patent.

14. Plaintiff reserves the right to assert additional claims of the Patents-in-Suit and reserves the right to assert additional patents.

15. Plaintiff has been damaged as a result of Defendants' infringing conduct. Defendants are, thus, liable to Plaintiff in an amount that adequately compensates for their infringement, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

16. Upon information and belief, Defendants will continue their infringement of the Patents-in-Suit unless enjoined by the Court. Defendants' infringing conduct has caused Plaintiff irreparable harm and will continue to cause such harm without the issuance of an injunction.

## IV.  JURY DEMAND

Plaintiff hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## V.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendants, and that the Court grant Plaintiff the following relief:

a. Judgment that one or more claims of the Patents-in-Suit have been infringed, either literally and/or under the doctrine of equivalents, by Defendants;

|   |   |   |
|---|---|---|
| 1 | b. | Judgment that Defendants account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendants' infringing activities and other conduct complained of herein; |
| 4 | c. | That Defendants' infringement be found to be willful from the time Defendants became aware of the infringing nature of its services, which is the time of filing of Plaintiff's Original Complaint at the latest, and that the Court award treble damages for the period of such willful infringement pursuant to 35 U.S.C. § 284. |
| 9 | d. | That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendants' infringing activities and other conduct complained of herein; |
| 12 | e. | That the Court declare this an exceptional case and award Plaintiff its reasonable attorney's fees and costs in accordance with 35 U.S.C. § 285; |
| 15 | f. | That Defendants be permanently enjoined from any further activity or conduct that infringes one or more claims of the Patents-in-Suit; and |
| 17 | g. | That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances. |

DATED: November 19, 2013.    FRIEDMAN, SUDER & COOKE

By:  /s/ David A. Skeels
David A. Skeels
State Bar No. 24041925
Jonathan T. Suder
State Bar No. 19463350
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401
jts@fsclaw.com
skeels@fsclaw.com

Attorneys for Plaintiff,
Progressive Semiconductor Solutions LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, Western Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Any attorneys of record who are not noticed via the electronic case filing system have been served this document via email pursuant to their written consent to me.

/s/ David A. Skeels