BRANDON C. FERNALD (SBN 222429)
**FERNALD LAW GROUP LLP**
510 W 6th Street, Suite 700
Los Angeles, California 90014
Tel: 323.410.0320
Fax: 323.410.0330
Email: brandon@fernaldlawgroup.com

DAVID A. SKEELS (*pro hac vice*)
skeels@fsclaw.com
JONATHAN T. SUDER (*pro hac vice*)
jts@fsclaw.com
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, TX 76102
Tel: 817.334.0400
Fax: 817.334.0401

Attorneys for Plaintiff
PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM TECHNOLOGIES, INC. and MARVELL SEMICONDUCTOR, INC. <br><br> Defendants. | CASE SACV13-01535- ODW (JEMx) <br><br> **ORDER** |

DOCUMENT PREPARED
ON RECYCLED PAPER

Having reviewed the Stipulated Request to Briefly Continue Disclosure Deadlines and finding good cause to extend said deadlines, the Court hereby orders as follows:

1. Disclosure of Asserted Claims and Infringement Contentions and Document Production. Deadline for Initial Disclosures. Now Due: February 27, 2014 (previously due February 17, 2014);

2. Invalidity Contentions and Document Production. Now Due: April 14, 2014 (previously due March 31, 2014);

3. Simultaneous Exchange of Proposed Terms for Construction. Now Due April 23, 2014 (previously due April 14, 2014); and

4. Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence. Now due: May 12, 2014 (previously due May 5, 2014).

5. All other deadlines set forth in the Court's Scheduling and Case Management Order for Cases Assigned to Judge Otis D. Wright II dated January 28, 2014 shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED: _February 21, 2014      _____
                               United States District Judge

DOCUMENT PREPARED ON RECYCLED PAPER

- 1 -