# United States District Court
# Central District of California

| | |
|---|---|
| PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>QUALCOMM TECHNOLOGIES, INC.,<br><br>             Defendant. | Case No. 8:13-cv-01535-ODW(JEMx)<br><br>**ORDER TO SHOW CAUSE RE. FILING OF THIRD AMENDED COMPLAINT** |

On April 28, 2014, Plaintiff Progressive Semiconductor Solutions, LLC filed a Third Amended Complaint ("TAC") in this action. (ECF No. 49.) Progressive Semiconductor did not seek leave from this Court to file the TAC. Under Federal Rule of Civil Procedure 15(a), a party may amend its pleading once a matter of course but consent of the opposing party or leave of court is required for additional amendments to the pleadings. Accordingly, the Court **ORDERS** Progressive Semiconductor to **SHOW CAUSE**, in writing **no later than Tuesday, May 13, 2014**, why this Court should not strike the TAC. No hearing will be held on this matter. Failure to respond will result in the Court striking the TAC.

**IT IS SO ORDERED.**

May 6, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**