BRANDON FERNALD
Brandon.fernald@fernaldlawgroup.com
FERNALD LAW GROUP LLP
A REGISTERED LIMITED LIABILITY PARTNERSHIP
510 W 6th Street, Suite 700
Los Angeles, California 90014
T:323.410.0320 | F:323.410.0330 | C:323.842.7473

DAVID A. SKEELS (admitted *pro hac vice*)
skeels@fsclaw.com
JONATHAN T. SUDER (admitted *pro hac vice*)
jts@fsclaw.com
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, TX 76102
T: 817-334-0400
F: 817-334-0401

Attorneys for Plaintiff
PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM TECHNOLOGIES, INC.<br><br>Defendant. | Case No.: 8:13-cv-1535 ODW (JEMx)<br><br>**CORRECTED SUPPLEMENTAL DECLARATION OF DAVID A. SKEELS IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO MODIFY SCHEDULING ORDER AND FOR LEAVE TO AMEND** |

I, David A. Skeels, hereby declare as follows:

    1.    I am an attorney with the firm of Friedman, Suder & Cooke, counsel for Plaintiff Progressive Semiconductor Solutions LLC ("PSS"). I am competent to testify as to the matters stated herein, and, unless indicated otherwise, I have personal knowledge of the matters stated herein.

2.    I submit this sworn supplemental declaration to correct one fact recited in Plaintiff's Reply in Support of Motion to Modify Scheduling Order and for Leave to Amend (Dkt. 59) and in the supporting declaration (Dkt. 60) (collectively, "Reply").

3.    The Reply accurately stated that Plaintiff circulated a draft joint status report on December 27, 2013. *See, e.g.,* Dkt. 60 at ¶ 3. However, the Reply also stated that Plaintiff did not receive any feedback from Defendants until January 24, 2014. In fact, Defendants provided feedback on January 10, 2014. This fact does not materially change the substance of Plaintiff's arguments.

4.    Nevertheless, Plaintiff felt compelled to correct the record as soon as Defendants called the issue to Plaintiff's attention. Defendants did so yesterday afternoon, June 5, 2014, when they called Plaintiff and forwarded an email dated January 10, 2014 – an email Plaintiff had not located during its preparation of the Reply. During yesterday's phone call, Defendants also raised a host of other issues and complaints relating to the Reply. Those other complaints are without merit.

I declare under penalty of perjury that the foregoing is true and correct. Executed June 6, 2014 in Fort Worth, Texas.

_____
DAVID A. SKEELS