O

# United States District Court
# Central District of California

| | |
|---|---|
| PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>QUALCOMM TECHNOLOGIES, INC.,<br><br>              Defendant. | Case No. 8:13-cv-01535-ODW(JEMx)<br><br>**ORDER SETTING TECHNOLOGY TUTORIAL** |
| PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>              Defendant. | Case No. 8:14-cv-00330-ODW(JEMx) |

Per the Court's Patent Standing Order, the Court finds that a technology tutorial will aid in adjudicating these actions.  The Court therefore **SETS** a technology tutorial in both actions for **Wednesday, July 16, 2014, at 10:00 a.m.**  The Court expects the parties to meet and confer and, if possible, to present a joint tutorial not to exceed one hour.  If the parties cannot agree on a joint presentation, then each side will be permitted 30 minutes to present a short summary and explanation of the technology at

issue. The tutorial should provide a neutral, objective overview of the technology, the prior art, and the patents involved. No argument will be permitted. Visual aids and demonstrative exhibits are strongly encouraged. The tutorial will be off the record and not transcribed.

The parties shall lodge with the Court all materials utilized in the technology tutorial in advance of the proceeding. The parties are permitted to include as an additional attachment a memorandum—not to exceed five pages—summarizing the materials and tutorial. The parties must lodge the materials for the Court's review by **Wednesday, July 9, 2014**.

The parties may elect to present the tutorial through counsel, experts, or both. If a party intends to utilize an expert in the technology tutorial, a statement of the expert's qualifications must be submitted as an additional attachment to the lodged materials.

**IT IS SO ORDERED.**

June 23, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**