1  BRANDON FERNALD
   Brandon.fernald@fernaldlawgroup.com
2  **FERNALD LAW GROUP LLP**
   510 W 6th Street, Suite 700
3  Los Angeles, California 90014
   T:323.410.0320 | F:323.410.0330 | C:323.842.7473
4
   DAVID A. SKEELS (admitted *pro hac vice*)
5  skeels@fsclaw.com
   JONATHAN T. SUDER (admitted *pro hac vice*)
6  jts@fsclaw.com
   **FRIEDMAN, SUDER & COOKE, P.C.**
7  Tindall Square Warehouse No. 1
   604 East 4th Street, Suite 200
8  Fort Worth, TX  76102
   T:  817-334-0400
9  F:  817-334-0401

10 Attorneys for Plaintiff
   PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC
11
   DAVID A. NELSON (admitted *pro hac vice*)
12    davenelson@quinnemanuel.com
   MARC KAPLAN (admitted *pro hac vice*)
13    marckaplan@quinnemanuel.com
   **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
14 500 West Madison Street, Suite 2450
   Chicago, Illinois  60661-2510
15 Telephone:  (312) 705-7400
   Facsimile:   (312) 705-7401
16
17 JUSTIN C. GRIFFIN (Bar No. 234675)
   justingriffin@quinnemanuel.com
18 **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
19 865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
20 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
21
   Attorneys for Defendant
22 QUALCOMM TECHNOLOGIES, INC.

23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>QUALCOMM TECHNOLOGIES, INC.<br><br>　　　　Defendants. | Case No.: 8:13-cv-1535 ODW (JEMx)<br><br>**JOINT NOTICE OF CLAIM CONSTRUCTION HEARING**<br><br>Date:　August 11, 2014<br>Time:　1:30 p.m.<br>Ctrm:　11 (Spring St.) |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Claim Construction Hearing shall take place on Monday, August 11, 2014 at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 11 of the above-entitled Court, located at 312 North Spring Street, Los Angeles, California, and before the Honorable Otis D. Wright II.

　　　　　　　　　　　　　　　　BRANDON C. FERNALD
　　　　　　　　　　　　　　　　**FERNALD LAW GROUP LLP**

　　　　　　　　　　　　　　　　DAVID A. SKEELS
　　　　　　　　　　　　　　　　JONATHAN T. SUDER
　　　　　　　　　　　　　　　　**FRIEDMAN, SUDER & COOKE**

Dated: June 25, 2014　　　　　By: */s/ Brandon C. Fernald*
　　　　　　　　　　　　　　　　　　　Brandon C. Fernald

　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC

DAVID A. NELSON
MARC KAPLAN
JUSTIN C. GRIFFIN
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Dated: June 25, 2014       By: */s/ Justin C. Griffin*
                                Justin C. Griffin

Attorneys for Defendant
QUALCOMM TECHNOLOGIES, INC.