BRANDON C. FERNALD (SBN 222429)
**FERNALD LAW GROUP LLP**
510 W 6th Street, Suite 700
Los Angeles, California 90014
Tel:   323.410.0320
Fax:   323.410.0330
Email: brandon@fernaldlawgroup.com

DAVID A. SKEELS (*pro hac vice*)
skeels@fsclaw.com
JONATHAN T. SUDER (*pro hac vice*)
jts@fsclaw.com
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, TX  76102
Tel: 817.334.0400
Fax: 817.334.0401

Attorneys for Plaintiff
Progressive Semiconductor Solutions LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>QUALCOMM TECHNOLOGIES, INC.<br><br>         Defendant. | CASE NO.  8:13-cv-01535 ODW (JEMx)<br>CASE NO.  8:14-cv-00330 ODW (JEMx)<br><br><br>FINAL JOINT CLAIM CHART |
| PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC,<br><br>     Plaintiff,<br><br>v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>     Defendant. | |

1  Pursuant to the Patent Standing Order, Plaintiff Progressive Semiconductor
2  Solutions LLC ("Plaintiff") and Defendants Qualcomm Technologies, Inc.
3  ("Qualcomm") and Marvell Semiconductor, Inc. ("Marvell") hereby provide the
4  following Joint Claim Chart in connection with the claim construction proceedings
5  for U.S. Patent Nos. 6,473,349 ("'349 Patent") and 6,862,208 ("'208 Patent").
6  Plaintiff asserts the '349 Patent against Qualcomm and against Marvell. Plaintiff
7  also asserts the '208 Patent against Qualcomm only. The parties have proposed
8  constructions for each disputed claim term, phrase, clause, and have identified
9  supporting evidence for their proposed construction, as summarized in the
10 following two charts:

**'349 Patent:**

| Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| "the amplifier being controlled by the sense enable signal and being made operative only when the pair of pass transistors are made nonconductive by the sense enable signal"<br><br>(claims 1, 8, 13) | No construction necessary; plain and ordinary meaning applies, except as to the terms "operative" and "sense enable signal," which are defined as follows:<br><br>"operative" should be construed to mean "functional to produce an intended effect"<br><br>"sense enable signal" should be construed to mean "a signal that enables the sense amplifier to function as intended"<br><br>Intrinsic evidence:<br>Col. 1, ll. 34-40<br>Col. 1, ll. 54-57 | "the sense enable signal simultaneously activates the amplifier and turns off the pair of pass transistors"<br><br>Intrinsic Evidence:<br>Claim Semantics. Abstract; Figs. 2 – 6; 1:14-16; 1:60-64; 2:45-48; 3:2-12; 3:26-30; 3:34-51; 3:51-56; 4:4-8; 4:48-51; 4:51-54; 4:54-58; 4:59-5:8; 5:27-31; 6:28-30; 7:45-47; and 7:11-13.<br>2002-06-27 Response to Non-Final Office Action at 9-10. |

| | | |
|---|---|---|
| | Col. 2, ll. 45-48<br>Col. 3, ll. 10-12<br>Col. 3, ll. 28-32<br>Col. 3, ll. 34-56<br>Col. 4, l. 63 through Col. 5, l. 1<br>Figures 2, 3, 4, 5, and 6.<br><br>Extrinsic evidence:<br>"operative" **-**adj 1. in force, effect, or operation 2. exerting force or influence 3. producing a desired effect; significant: *the operative word*. Dictionary.reference.com<br><br>Expert testimony of Dr. Hayes | U.S. Pat. No. 5,650,971 ("*Longway et al.*") at Figures 4a and 6a.<br><br>Extrinsic Evidence:<br>The American Heritage Dictionary of the English Language, 4th Ed., 2001 at 594 ("operative"). Newton's Telecom Dictionary, 16.5 Ed., 2000 at 217, 320 ("conductor," "enable"). Wiley Electrical Engineering and Electronics Dictionary 2004, at 139, 510, 256, 22- 23 ("conductive," "non- conductive," "enable," "amplifier"). McGraw-Hill Dictionary of Scientific and Technical Terms, 6th Ed. at 459-460, 716, 1898, 89-90 ("conductive," "enable," "sense," "amplifier"). |
| "in response to a sense enable signal / in response to the sense enable signal"<br><br>(claims 1, 8, 13) | No construction of "in response to" necessary; plain and ordinary meaning applies. ("sense enable signal" is discussed above)<br><br>Intrinsic evidence:<br>Col. 5, ll. 27-31<br>Figures 2, 5<br><br>Extrinsic evidence:<br>Expert testimony of Dr. Hayes | "directly controlled by a [the] sense enable signal"<br><br>Intrinsic Evidence:<br>Abstract; Figs. 2 – 6; 1:60- 64; 3:2-12; 3:28-33; 3:34- 45; 3:42-56; 4:4-8; 4:51- 54; 4:54-58; 4:59-5:1; 5:27-31; 6:28-30; 7:45-47; and 7:11-13. 2002-06-27 Response to Non-Final Office Action at 9-10.<br>U.S. Pat. No. 5,650,971 |

| | | | |
|---|---|---|---|
| 1 | | | ("*Longway et al.*") at Figures 4a and 6a. |
| 2 | | | |
| 3 | | | Extrinsic Evidence: The American Heritage Dictionary of the English Language, 4th Ed., 2001 at 712 ("response"). Random House Webster's Dictionary, 4th Ed., 2001 at 615 ("response"). Newton's Telecom Dictionary, 16.5 Ed., 2000 at 320 ("enable"). Wiley Electrical Engineering and Electronics Dictionary 2004, at 256, 22-23 ("enable," "amplifier"). McGraw-Hill Dictionary of Scientific and Technical Terms, 6th Ed. at 716, 1898, 89-90 ("enable," "sense," "amplifier"). |
| | "electrically the same" (claims 1, 8) | No construction necessary; plain and ordinary meaning applies. In the alternative, and only to the extent the Court determines that a construction is necessary: "having the same voltage" Intrinsic evidence: File History, Response to Non-Final Office Action, dated June 19, 2002, pp. 9-11 Figures 2, 5 | Indefinite OR, if amenable to construction, "same voltage" Intrinsic Evidence: Abstract; Figs. 2 – 6; 1:60- 64; 3:2-12; 3:41-56; 4:4-9; 6:28-30; 7:11-13; 7:45-47 Extrinsic evidence: Wiley Electrical Engineering and Electronics Dictionary 2004, at 229. |

| | Extrinsic evidence: "electric potential" – "The potential difference between the point and some equipotential surface, usually the surface of the earth, which is arbitrarily chosen as having zero potential (remote earth)." IEEE Dictionary of Standard Terms (7th Ed., 2000).<br><br>Expert testimony of Dr. Hayes | Modern Dictionary of Electronics, 7th Ed., at 234.<br>The Illustrated Dictionary of Electronics, 8th Ed., at 231. |
|---|---|---|

**'208 Patent:**

| Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| "sense enable signal"<br><br>(claims 1, 4, 9, 22, 25) | "a signal that enables the sense amplifier to function as intended"<br><br>Intrinsic evidence:<br>Col. 2, ll. 33-35<br>Col. 3, ll. 5-8<br>Col. 6, ll. 9-13<br>Figures 2, 3, 4<br><br>Extrinsic evidence:<br>Expert testimony of Dr. Hayes | Plain meaning<br><br>Intrinsic evidence:<br>Abstract; 1:34-37; Figs. 1-4.<br><br>Extrinsic evidence:<br>McGraw-Hill Dictionary of Scientific and Technical Terms, 6th Ed. at 716, 1898. |
| "at about the same time as the assertion of the sense enable signal"<br><br>(claims 1, 22) | "immediately before or immediately after the assertion of the sense enable signal, during a time span that is a fraction of the associated clock signal's period"<br><br>Intrinsic evidence:<br>Col. 4, ll. 4-17<br>Col. 4, l. 62 through Col. 5, l. 3 | indefinite<br><br>Intrinsic evidence:<br>Abstract; 4:9-12; 4:67-5:3; 2:55-57; 4:9-17. |

| | | | |
|---|---|---|---|
| | | Figures 3, 4<br><br>Extrinsic evidence:<br>Expert testimony of Dr. Hayes | |
| | "self-timed storage device" / "self timed latch"<br><br>(claims 1, 22) | No construction necessary; plain and ordinary meaning applies.<br><br>Intrinsic evidence:<br>Col. 2, ll. 36-42<br>Col. 3, ll. 28-32<br>Col. 4, ll. 38-41<br>Col. 5, ll. 26-36<br>Col. 6, ll. 18-21<br>Figures 2, 3<br><br>Extrinsic evidence:<br>Expert testimony of Dr. Hayes | "a storage device whose timing is based only on input data"<br><br>Intrinsic evidence:<br>Figs 1-4; Abstract; 2:36-42; 3:28-32; 5:26-36; 6:19-22; 6:41-43; 6:57-58.<br><br>Extrinsic evidence:<br>Microsoft Computer Dictionary, 5th Ed. at 471. |
| | "storing data corresponding to the amplified data signal only in response to the amplified data signal" / "latching the data in response to only the amplified data signal"<br><br>(claims 1, 22) | No construction necessary; plain and ordinary meaning applies.<br><br>Intrinsic evidence:<br>Col. 2, ll. 38-41<br>Col. 3, ll. 28-32<br>Col. 5, ll. 25-35<br>Figures 2, 3<br><br>Extrinsic evidence:<br>Expert testimony of Dr. Hayes | "storing data corresponding to the amplified data signal only dependent on the amplified data signal" / "latching the data only dependent on the amplified data signal"<br><br>Intrinsic Evidence:<br>Figs 1-4; Abstract; 2:36-42; 3:28-32; 5:26-36; 6:19-22; 6:41-43; 6:57-58.<br><br>Extrinsic Evidence:<br>McGraw-Hill Dictionary of Scientific and Technical Terms, 6th Ed. at 89-90. |

| | | |
|---|---|---|
| 1 | DATED:  July 9, 2014. | |
| 2 | /s/ David A. Skeels | /s/ Justin C. Griffin |
| 3 | State Bar No. 24041925<br>Jonathan T. Suder | Quinn Emanuel Urquhart & Sullivan LLP<br>865 S. Figueroa Street, 10th Floor |
| 4 | State Bar No. 19463350<br>FRIEDMAN, SUDER & COOKE | Los Angeles, CA 90017<br>213-443-3000 |
| 5 | Tindall Square Warehouse No. 1 | 213-443-3100 – fax |
| 6 | 604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102 | justingriffin@quinnemanuel.com |
| 7 | (817) 334 0400<br>Fax (817) 334 0401 | Dave Nelson<br>Marc L. Kaplan |
| 8 | jts@fsclaw.com | Quinn Emanuel |
| 9 | skeels@fsclaw.com<br>gunter@fsclaw.com | 500 W. Madison, Suite 2450<br>Chicago, IL 60661 |
| 10 | Attorneys for Plaintiff, | 708-203-0496 Cell - Nelson<br>312.705.7400 |
| 11 | Progressive Semiconductor Solutions LLC | davenelson@quinnemanuel.com<br>marckaplan@quinnemanuel.com |
| 12 | | |
| 13 | | Attorneys for Defendant Qualcomm<br>Technologies, Inc. |
| 14 | /s/ Stephen A. Marshall (PHV)<br>Ruffin B. Cordell (PHV) | |
| 15 | Indranil Mukerji (PHV)<br>Joseph V. Colaianni (PHV) | |
| 16 | Fish & Richardson P.C. | |
| 17 | 1425 K Street, NW 11th Floor<br>Washington, DC 20005 | |
| 18 | (202) 783-5070 / (202) 783-2331 - fax<br>smarshall@fr.com | |
| 19 | cordell@fr.com<br>mukerji@fr.com | |
| 20 | colaianni@fr.com | |
| 21 | Michael M. Rosen (SBN 230964) | |
| 22 | Olga May (SBN 232012)<br>Daniel Chan (SBN 268125) | |
| 23 | Fish & Richardson P.C.<br>12390 El Camino Real | |
| 24 | San Diego, CA 92130 | |
| 25 | (858) 678-4393  /  (858) 678-5099 - fax<br>rosen@fr.com | |
| 26 | omay@fr.com<br>dchan@fr.com | |
| 27 | | |
| 28 | Attorneys for Defendant Marvell<br>Semiconductor, Inc. | |