BRANDON FERNALD
Brandon.fernald@fernaldlawgroup.com
FERNALD LAW GROUP LLP
A REGISTERED LIMITED LIABILITY PARTNERSHIP
510 W 6th Street, Suite 700
Los Angeles, California 90014
T:323.410.0320 | F:323.410.0330 | C:323.842.7473

DAVID A. SKEELS (admitted *pro hac vice*)
skeels@fsclaw.com
JONATHAN T. SUDER (admitted *pro hac vice*)
jts@fsclaw.com
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, TX  76102
T:  817-334-0400
F:  817-334-0401

Attorneys for Plaintiff
PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC,<br><br>                 Plaintiff,<br><br>        vs.<br><br>QUALCOMM TECHNOLOGIES, INC.<br>                 Defendant. | CASE NO.  8:13-cv-1535 ODW (JEMx)<br><br>**PLAINTIFF'S ANSWER TO DEFENDANT QUALCOMM TECHNOLOGIES,  INC.'S AMENDED COUNTERCLAIMS**<br><br>Jury Trial Demanded |

PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC ("Plaintiff" or "PSS") responds to the amended counterclaims of Defendant QUALCOMM TECHNOLOGIES, INC. ("QTI" or "Defendant") filed on July 7, 2014, as follows:

## QTI'S COUNTERCLAIMS

### Jurisdiction and Venue

12.   Plaintiff admits that Defendant purports to bring counterclaims under the laws of the United States for declaratory relief, but denies that such counterclaims have any factual or legal basis.   Plaintiff further admits that jurisdiction is proper in this Court.

13.   Plaintiff admits that Defendant purports to bring counterclaims under the laws of the United States for declaratory relief, but denies that such counterclaims have any factual or legal basis.   Plaintiff further admits that jurisdiction is proper in this Court.

14.   Plaintiff admits the allegations in Paragraph 14.

15.   Plaintiff admits the allegations in Paragraph 15.

### FIRST COUNTERCLAIM

### (Declaratory Judgment of Invalidity of the '208 Patent)

16.   Plaintiff incorporates paragraphs 11-15 above.

17.   Plaintiff denies the allegations in Paragraph 17.

18.   Plaintiff denies the allegations in Paragraph 18.

19.   Plaintiff denies the allegations in Paragraph 19.

20.   Plaintiff admits that Defendant purports to bring a counterclaim for declaratory judgment of patent invalidity but denies that such counterclaim has any factual or legal basis.

### SECOND COUNTERCLAIM

### (Declaratory Judgment of Invalidity of the '349 Patent)

21.   Plaintiff incorporates paragraphs 12-20 above.

1    22.    Plaintiff denies the allegations in Paragraph 22.

2    23.    Plaintiff denies the allegations in Paragraph 23.

3    24.    Plaintiff denies the allegations in Paragraph 24.

4    25.    Plaintiff admits that Defendant purports to bring a counterclaim for
declaratory judgment of patent invalidity but denies that such counterclaim has any
factual or legal basis.

### THIRD COUNTERCLAIM

**(Declaratory Judgment of Non-infringement of the '208 Patent)**

26.    Plaintiff incorporates paragraphs 12-25 above.

27.    Plaintiff denies Defendant's allegations that Defendant does not
infringe the '208 patent and that Plaintiff's Third Amended Complaint was filed
without good cause.   Plaintiff admits that Defendant purports to bring a
counterclaim for declaratory judgment of non-infringement but denies that such
counterclaim has any factual or legal basis.

### FOURTH COUNTERCLAIM

**(Declaratory Judgment of Non-infringement of the '349 Patent)**

28.    Plaintiff incorporates paragraphs 12-27 above.

29.    Plaintiff denies the allegations in Paragraph 29.

30.    Plaintiff admits that Defendant purports to bring a counterclaim for
declaratory judgment of non-infringement but denies that such counterclaim has
any factual or legal basis.

### PRAYER FOR RELIEF

Although no answer is required to Defendant's request for relief, Plaintiff
denies all allegations of Paragraphs A through F and further denies that any relief
should be granted to Defendant.

# JURY DEMAND

Plaintiff demands a trial by jury on all matters raised by Defendant's counterclaims and by Plaintiff in its Original Complaint and its First Amended Complaint (including any supplements or amendments thereto).

DATED:   July 23, 2014.            FRIEDMAN, SUDER & COOKE

By:  /s/ David A. Skeels

David A. Skeels
State Bar No. 24041925
Jonathan T. Suder
State Bar No. 19463350
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401
skeels@fsclaw.com
jts@fsclaw.com

Attorneys for Plaintiff, Progressive Semiconductor Solutions LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, Western Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.  Any attorneys of record who are not noticed via the electronic case filing system have been served this document via email pursuant to their written consent to me.

/s/ David A. Skeels

-4-