1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Justin C. Griffin
2  justingriffin@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
3  Los Angeles, California 90017
   Telephone: (213) 443-3000
4  Fax: (213) 443-3100

5  David A. Nelson (*pro hac vice*)
   davenelson@quinnemanuel.com
6  Nathan Hamstra (*pro hac vice*)
   nathanhamstra@quinnemanuel.com
7  Marc L. Kaplan (*pro hac vice*)
   marckaplan@quinnemanuel.com
8  500 W. Madison St., Suite 2450
   Chicago, IL 60661
9  Telephone: (312) 705-7400
   Fax: (312) 705-7401

10
   *Attorneys for Defendant Qualcomm Technologies, Inc.*
11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

15  PROGRESSIVE SEMICONDUCTOR          Civil Action No. 8:13-cv-01535-ODW-
    SOLUTIONS, LLC,                    JEM
16
              Plaintiff,
17
       vs.                            **JOINT MOTION FOR STAY AND
18                                     NOTICE OF QUALCOMM
    QUALCOMM TECHNOLOGIES,             TECHNOLOGIES, INC.'S NOTICE
19  INC.,                              OF PENDING *INTER PARTES*
                                       REVIEW OF U.S. PATENT NOS.
20            Defendant.               6,862,208 AND 6,473,349**

21

22

23

24

1    The Court granted QTI leave to file a motion for summary judgment on

2  September 9.  Dkt. 90.  In that order, the Court also stayed discovery and vacated all

3  outstanding deadlines.  *Id.*  Since that time, the parties have been engaged in the

4  process of settlement discussions and therefore *jointly* move the Court to stay all

5  pending deadlines.

6    Further, QTI brings to the Court's attention QTI's petition for *inter partes*

7  review of U.S. Patent No. 6,473,349 (the "'349 patent"), case no. IPR2014-01541

8  and U.S. Patent No. 6,862,208 (the "'208 patent"), case no. IPR2014-01504, filed

9  with the United States Patent and Trademark Office Patent Trials and Appeals

10  Board (PTAB) on September 24, 2014 and September 15, 2014, respectively.  The

11  petition for *inter partes* review challenges every claim of the '349 and '208 patents

12  asserted by Progressive Semiconductor Solutions, LLC against QTI.

13

14

15

16

17

18

19

20

21

22

23

24

03536.00001/6277088.1

-1-                        Case No. 8:13-cv-01535-ODW-JEM

**JOINT MOTION FOR STAY AND NOTICE OF QUALCOMM TECHNOLOGIES, INC.'S NOTICE OF
PENDING *INTER PARTES* REVIEW OF U.S. PATENT NOS. 6.862.208 AND 6.473.349**

1    DATED: October 10, 2014          QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
2

3

4                                     By _/s/ Justin C. Griffin_____

5                                     QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
6                                     Justin C. Griffin
                                      justingriffin@quinnemanuel.com
7                                     865 S. Figueroa St., 10th Floor
                                      Los Angeles, California 90017
8                                     Telephone: (213) 443-3000
                                      Fax: (213) 443-3100
9
                                      David A. Nelson (*pro hac vice*)
10                                    davenelson@quinnemanuel.com
                                      Nathan Hamstra (*pro hac vice*)
11                                    nathanhamstra@quinnemanuel.com
                                      Marc L. Kaplan (*pro hac vice*)
12                                    marckaplan@quinnemanuel.com
                                      500 W. Madison St., Suite 2450
13                                    Chicago, IL 60661
                                      Telephone: (312) 705-7400
14                                    Fax: (312) 705-7401

15                                    *Attorneys for Defendant Qualcomm
                                      Technologies, Inc.*

16

17

18

19

20

21

22

23

24

03536.00001/6277088.1

**JOINT MOTION FOR STAY AND NOTICE OF QUALCOMM TECHNOLOGIES, INC.'S NOTICE OF
PENDING *INTER PARTES* REVIEW OF U.S. PATENT NOS. 6.862.208 AND 6.473.349**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

By /s/   *David A. Skeels*

David A. Skeels
State Bar No. 24041925
Jonathan T. Suder
State Bar No. 19463350
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 E 4th St., Suite 200
Fort Worth, TX 76102
817-334-0400
jts@fsclaw.com
skeels@fsclaw.com

**Attorneys for Plaintiff, Progressive
Semiconductor Solutions LLC**

03536.00001/6277088.1

-3-                    Case No. 8:13-cv-01535-ODW-JEM
**JOINT MOTION FOR STAY AND NOTICE OF QUALCOMM TECHNOLOGIES, INC.'S NOTICE OF
PENDING *INTER PARTES* REVIEW OF U.S. PATENT NOS. 6.862.208 AND 6.473.349**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## CERTIFICATE OF SERVICE

I hereby certify that, on October 10, 2014, I caused the foregoing **JOINT MOTION FOR STAY AND NOTICE OF QUALCOMM TECHNOLOGIES, INC.'S NOTICE OF PENDING *INTER PARTES* REVIEW OF U.S. PATENT NOS. 6,862,208 AND 6,473,349** to be served on Defendants' counsel via the Court's ECF system.

DATED:  October 10, 2014

By _/s/ Justin C. Griffin_
   Justin C. Griffin

-4-                                Case No. 8:13-cv-01535-ODW-JEM