1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Justin C. Griffin
2  justingriffin@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
3  Los Angeles, California 90017
4  Telephone: (213) 443-3000
   Fax: (213) 443-3100
5
   David A. Nelson (*pro hac vice*)
6  davenelson@quinnemanuel.com
7  Nathan Hamstra (*pro hac vice*)
   nathanhamstra@quinnemanuel.com
8  Marc L. Kaplan (*pro hac vice*)
   marckaplan@quinnemanuel.com
9  500 W. Madison St., Suite 2450
   Chicago, IL 60661
10 Telephone: (312) 705-7400
11 Fax: (312) 705-7401

12 *Attorneys for Defendant Qualcomm Technologies, Inc.*

13

14                    UNITED STATES DISTRICT COURT

15                   CENTRAL DISTRICT OF CALIFORNIA

16                          SOUTHERN DIVISION

17 | PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC, | CASE NO. 8:13-cv-01535-ODW(JEMx)
18 |                                          |
19 |           Plaintiff,                     |
   |                                          | ORDER REGARDING
20 |      vs.                                 | JOINT MOTION TO STAY
21 | QUALCOMM TECHNOLOGIES, INC.              |
22 |           Defendant.                     |

23

24              NOTE: CHANGES MADE BY THE COURT

25

26

27

28

03536.00001/6277333.1

**ORDER**

Having reviewed the joint motion dated October 10, 2014 between Plaintiff Progressive Semiconductor Solutions LLC and Defendant Qualcomm Technologies, Inc. ("QTI"), and good cause being shown:

**IT IS HEREBY ORDERED**:

1. The proceedings, including pending summary judgment briefing, are **STAYED** pending resolution of *inter partes* review of the asserted patents.

2. If a settlement is reached before resolution of *inter partes* review, the parties are to immediately inform the Court in compliance with Local Rule 16-15.7.

3. QTI shall file status reports with the Court regarding the petition for *inter partes* review **every 90 days** until resolution of the matter before the United States Patent and Trademark Office.

DATED: October 14, 2014

_____
The Honorable Otis D. Wright II
United States District Judge