QUINN EMANUEL URQUHART & SULLIVAN, LLP
Justin C. Griffin
justingriffin@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100

David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
Nathan Hamstra (*pro hac vice*)
nathanhamstra@quinnemanuel.com
Marc L. Kaplan (*pro hac vice*)
marckaplan@quinnemanuel.com
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Fax: (312) 705-7401

*Attorneys for Defendant Qualcomm Technologies, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM TECHNOLOGIES, INC.<br><br>Defendant. | CASE NO. 8:13-cv-1535 ODW (JEMx)<br><br>**STIPULATION OF DISMISSAL**<br><br>Jury Trial Demanded |

03536.00001/6377832.2

STIPULATION OF DISMISSAL

1  IT IS HEREBY STIPULATED and AGREED by and between Plaintiff Progressive Semiconductor Solutions LLC ("Plaintiff") and Defendant Qualcomm Technologies, Inc. ("Defendant") and by their attorneys, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and in accordance with a certain agreement between them, Plaintiff's and Defendant's claims, causes of action, and counterclaims against each other in the above-captioned action should be, and hereby are, dismissed with prejudice.

Each party shall bear its own attorneys' fees, expenses and costs.

**AGREED:**

| FRIEDMAN, SUDER & COOKE | QUINN EMANUEL URQUHART & SULLIVAN LLP |
|---|---|
| /s/ David A. Skeels<br>State Bar No. 24041925<br>Jonathan T. Suder<br>State Bar No. 19463350<br>FRIEDMAN, SUDER & COOKE<br>Tindall Square Warehouse No. 1<br>604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>(817) 334-0400<br>Fax (817) 334-0401<br>skeels@fsclaw.com<br>jts@fsclaw.com | /s/ Dave Nelson<br>500 W. Madison, Suite 2450<br>Chicago, IL 60661<br>(312) 705-7400<br>davenelson@quinnemanuel.com<br><br>Justin C. Griffin<br>Quinn Emanuel Urquhart & Sullivan LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>213-443-3000<br>justingriffin@quinnemanuel.com |
| Attorneys for Plaintiff,<br>Progressive Semiconductor Solutions LLC | Attorneys for Defendant, Qualcomm Technologies, Inc. |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 12th day of December, 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, Western Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Any attorneys of record who are not noticed via the electronic case filing system have been served this document via email pursuant to their written consent to me.

                /s/ Justin C. Griffin

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

03536.00001/6377832.2