QUINN EMANUEL URQUHART & SULLIVAN, LLP
Justin C. Griffin
justingriffin@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100

David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
Nathan Hamstra (*pro hac vice*)
nathanhamstra@quinnemanuel.com
Marc L. Kaplan (*pro hac vice*)
marckaplan@quinnemanuel.com
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Fax: (312) 705-7401

*Attorneys for Defendant Qualcomm Technologies, Inc.*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC, | CASE NO. 8:13-cv-1535 ODW (JEMx) |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | Jury Trial Demanded |
| QUALCOMM TECHNOLOGIES, INC. | |
| Defendant. | |

# ORDER OF DISMISSAL

Pursuant to and for the reasons set forth in Plaintiff Progressive Semiconductor Solutions LLC's ("Progressive Semiconductor") and Defendant Qualcomm Technologies, Inc.'s ("Qualcomm") Stipulation of Dismissal, it is hereby

ORDERED that the claims, causes of action, and counterclaims asserted herein by Progressive Semiconductor and Qualcomm against each other be, and hereby are, dismissed with prejudice.

It is FURTHER ORDERED that Progressive Semiconductor and Qualcomm shall bear their own attorneys' fees, expenses and costs.

Dated: December 15_, 2014.

_____
The Honorable Otis D. Wright II
United States District Judge